STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

AMY E. DIAS (pro hac vice motion pending)
JONES DAY
500 Grant Street, Suite 3100
Pittsburg, PA 15219-2502
Telephone:    (412) 391-3939
Facsimile:    (412) 384-7959

MATTHEW W. LAMPE (pro hac vice motion pending)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43216-5017
Telephone:    (614) 469-3939
Facsimile:    (614) 461-4198

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY
PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER,
L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET
SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and
CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI | No.  C 08-01190 JSW<br><br>**CERTIFICATE OF SERVICE** |

1

WESTERN MARKET SUPPORT )
CENTER, L.P. a/k/a SCI WESTERN )
MARKET SUPPORT CENTER, INC., SCI )"
HOUSTON MARKET SUPPORT )"
CENTER, L.P. JANE D. JONES and )
THOMAS RYAN )
)
_____ )
Defendants. )

I am a citizen of the United States.  My business address is 2240 Douglas Boulevard, Suite 150, Roseville, California 95661.  I am employed in the County of Placer where this mailing occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

| 1.   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| 2.  CIVIL STANDING ORDERS |
| 3.   STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA |
| 4.   NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION |
| 5.  FILING GUIDELINES W/DROP BOX FILING PROCEDURES |
| 6.  ECF REGISTRATION INFORMATION HANDOUT |

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Jay Rosen Sanford
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorney for Plaintiff*

2

1          I declare under penalty of perjury under the laws of the United States of America,

2     that the above is true and correct.

3     Executed on February 29, 2008, at Roseville, California.

4

5     CANDACE NELSON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**