STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone   (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>          Defendants. | No. C08-01190 JSW<br><br>**DECLARATION OF LIANA JENSEN IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:   April 25, 2008<br>Time:   9:00 a.m.<br>Dept.:   2 |

**DECLARATION OF LIANA JENSEN RE MOTION TO DISMISS**                                                               1
Case No. 08-01190 JSW

)
_____ )

1. I, Liana Jensen, hereby specially appear in this matter for the sole purpose of moving to dismiss the Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

1. I am currently employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. in the position of legal assistant. I have held his position since September 2003.

2. I am the legal assistant assigned to work on the above caption case. As part of my job responsibilities related that case, I obtained copies of the Plaintiffs' W-2's they received for their employment. Attached hereto as collectively as Exhibit 1 are true and correct copies of those documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

*/s/ Liana Jensen*
Liana Jensen

2

**DECLARATION OF LIANA JENSEN IN SUPPORT OF
MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**

# EXHIBIT 1

| a Control number 0000040241 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code   SC2   623 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial     Last name JAMES W     STICKLE 4667 WEST 19TH PLACE YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a-d      D |
| | | | 14 Other | |
| | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number AZ  0741907163 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc.  19 Local income tax  20 Locality name | |

Form W-2  Wage and Tax Statement  2006        REISSUE

| a Control number 0000036780 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code  SC2  533 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN  P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial  Last name  ELEANOR R  RIGGIO 8414 N. 80TH PL SCOTTSDALE, AZ 85258 | | | | 11 Nonqualified plans | 12 a-d |
| | | | | 14 Other | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number AZ  0741907163 | | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax  20 Locality name |

Form **W-2** Wage and Tax Statement **2006**   **REISSUE**

| a Control number 0000075689 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▮▮▮ | 2 Federal income tax withheld ▮▮▮ |
|---|---|---|---|---|
| b Employer Identification number 83-0344693 | d Employee's social security number ▮▮▮ | | 3 Social security wages ▮▮▮ | 4 Social security tax withheld ▮▮▮ |
| c Employer's name, address, and ZIP code    SC2    3 | | | 5 Medicare wages and tips ▮▮▮ | 6 Medicare tax withheld ▮▮▮ |
| SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN  P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name  FRANK A    ACUNA 2810 S 1ST AV #B YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number  AZ  0741907163 | 16 State wages, tips, etc. ▮▮▮ | 17 State income tax ▮▮▮ | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2**  Wage and Tax Statement   **2006**        **REISSUE**

| a Control number<br>0000086464 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number<br>83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code      SD4      233<br>SCI FUNERAL & CEMETERY PURCHASING COOP I<br>AGENT FOR CALIFORNIA CEME<br>P.O. BOX 130548<br>HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial      Last name<br><br>JOSEPH W            BIERNACKI<br>189 ATHERTON AVE.<br>PITTSBURG, CA 94565-0000 | | | | 11 Nonqualified plans | 12 a-d<br>D |
| | | | | 14 Other<br>CASDI | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ | |
| 15 State  Employer's state ID number<br>CA  122-2859-9 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2**  Wage and Tax Statement  **2006**        **REISSUE**

| a Control number 0000111529 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code          SD4     1045 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial       Last name RHEALYN       HOLLAND 1011 YGNACIO VALLEY RO APT. 26 WALNUT CREEK, CA 94598 | | | | 11 Nonqualified plans | 12 a-d          D |
| | | | | 14 Other CASDI | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☒ |
| 15 State  Employer's state ID number CA   122-2859-9 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2**  Wage and Tax Statement    **2006**        **REISSUE**

| a Control number 0000068800 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code    SK6    77 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI IOWA FUNERA P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name RICHARD    LAMASTERS 1711 S. 3RD STREET MARSHALLTOWN, IA 50158-0000 | | | | 11 Nonqualified plans | 12 a-d  C |
| | | | | 14 Other | D |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☒ |
| 15 State   Employer's state ID number IA   42-1186703001 3 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement    2006    REISSUE

| a Control number 0000050447 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   SD4   782 GORDON E   FARMER 151 SHADY LANE VALLEJO, CA 94591-0000 | | | 11 Nonqualified plans | 12 a-d D |
| | | | 14 Other CASDI | |
| f Employee's address and ZIP code | | | 13 Statutory employee [ ]  Retirement plan [X]  Third-Party Sick Pay [ ] | |
| 15 State  Employer's state ID number CA  005-0348-2 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc.  19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement  **2005**   REISSUE

| a Control number 0000076982 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code  SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI OREGON FUNE  P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name                          SQ2         49  KENNETH R      ALLEN PO BOX 2742 EUGENE, OR 97402-0000 | | | | 11 Nonqualified plans | 12 a-d         D |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number  OR   0002937-4 | | 16 State wages, tips, etc | | tips, etc.   19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement   2004    REPLACEMENT COPY