```
 1 | STEVEN H. GURNEE, ESQ. SB# 66056
   | DAVID M. DANIELS, ESQ. SB# 170315
 2 | GURNEE & DANIELS LLP
   | 2240 Douglas Boulevard, Suite 150
 3 | Roseville, CA  95661-3805
   | Telephone    (916) 797-3100
 4 | Facsimile    (916) 797-3131
 5 | Attorneys for Defendants
 6 | SERVICE CORPORATION INTERNATIONAL,
   | SCI FUNERAL AND CEMETERY PURCHASING
 7 | COOPERATIVE, INC., SCI EASTERN MARKET
   | SUPPORT CENTER, L.P., SCI WESTERN
 8 | MARKET SUPPORT CENTER, L.P., SCI
   | HOUSTON MARKET SUPPORT CENTER, L.P.,
 9 | JANE D. JONES, GWEN PETTEWAY, THOMAS
   | RYAN and CURTIS BRIGGS
```

                            UNITED STATES DISTRICT COURT

                           NORTHERN DISTRICT OF CALIFORNIA

                              (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACCUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated,<br><br>         Plaintiffs,<br><br>  vs.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P. JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS, | Case No.  CV 08-1190 JSW<br><br>[Assigned to Judge Hon. Jeffrey S. White]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. AND SCI WESTERN MARKET SUPPORT CENTER, L.P.'S MOTION TO DISMISS**<br><br>Date:     April 25, 2008<br>Time:    9:00 a.m.<br>Dept:    2 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS    1
Case No. 08-1190 JSW

|   |   |
|---|---|
| 1 | Defendants. ) |
| 2 | _____) |

Defendants SCI Funeral And Cemetery Purchasing Cooperative, Inc. and SCI Western Market Support Center, L.P.'s Motion to Dismiss came on for hearing before this Court. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.

Dated:_____        _____
                                United States District Court Judge