STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY
PURCHASING COOPERATIVE, INC., SCI
EASTERN MARKET SUPPORT CENTER,
L.P. SCI WESTERN MARKET SUPPORT
CENTER, L.P., SCI HOUSTON MARKET
SUPPORT CENTER, L.P., JANE D. JONES,
GWEN PETTEWAY, THOMAS RYAN and
CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | No. C08-01190 JSW<br><br>**DECLARATION OF THOMAS L. RYAN IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:    April 25, 2008<br>Time:    9:00 a.m.<br>Dept.:    2 |

I, THOMAS L. RYAN, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

**DECLARATION OF THOMAS L. RYAN RE MOTION TO DISMISS**
**Case No. 08-01190 JSW**

1

1.    I am and, at all times relevant hereto, have been a resident of Houston, Texas.

2.    I am an employee of SCI Executive Services, Inc., a Texas corporation, and I hold the title of President and Chief Executive Officer of Service Corporation International, a Texas corporation.  SCI Executive Services, Inc. is a wholly owned subsidiary of Service Corporation International.  Both SCI Executive Services, Inc. and Service Corporation International maintain their offices and principal places of business only in Houston, Texas.

3.    I do not have, nor have I had, any ownership interest in SCI Western Market Support Center, L.P., SCI Eastern Market Support Center, L.P., SCI Houston Market Support Center, L.P., SCI Funeral And Cemetery Purchasing Cooperative, Inc., SCI California Funeral Services, Inc., or any of the funeral establishments, cemeteries and other local facilities owned by a subsidiary of Service Corporation International.

4.    I have never resided in the State of California.

5.    I have never owned or operated a business in the State of California.

6.    I have never been licensed to do business in the State of California.

7.    I have never had an office in the State of California.

8.    I have never been employed in the State of California nor have I employed or supervised the employment of any other person in the State of California.

9.    I have never owned any real property in the State of California.

10.    I have never maintained a bank account in the State of California.

11.    I have never paid taxes in the State of California.

12.    I have never directed or controlled the day to day operations of any business enterprise doing business within the State of California.

13.    I make this declaration based upon my own personal knowledge.  If called upon to testify about the matters set forth herein, I could and would do so.

///

1

I declare under penalty of perjury under the laws of the United States of America

2
that the foregoing is true and correct.   Executed this _28th_ day of February, 2008, at

3
Houston, Texas.

4

5
THOMAS L. RYAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF THOMAS L. RYAN IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT