STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | No. C08-01190 JSW<br><br>**DECLARATION OF CURTIS BRIGGS IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:    April 25, 2008<br>Time:   9:00 a.m.<br>Dept.:   2 |

I, CURTIS BRIGGS, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

**DECLARATION OF CURTIS BRIGGS RE MOTION TO DISMISS**   1
Case No. 08-01190 JSW

1. I am employed by SCI Funeral and Cemetery Purchasing Cooperative, Inc., as senior corporate counsel. SCI Funeral and Cemetery Purchasing Cooperative, Inc., is a Delaware corporation, and its principal place of business and only offices are located in Houston, Texas.

2. I am and, at all times relevant hereto, have been a resident of Houston, Texas.

3. I have never resided in the State of California.

4. I have never owned or operated a business in the State of California.

5. I have never been licensed to do business in the State of California.

6. I have never had an office in the State of California.

7. I have never been employed in the State of California.

8. I have never owned any real property in the State of California.

9. I have never maintained a bank account in the State of California.

10. I have never paid taxes in the State of California.

11. At no time have I ever actively managed any funeral establishment, cemetery or other local facility that is owned by a subsidiary of Service Corporation International.

12. At no time have I ever hired or terminated or supervised any of the plaintiffs nor any other employees of any funeral establishment, cemetery or other local facility that is owned by a subsidiary of Service Corporation International, including any such funeral establishments, cemeteries or other local facilities located in the State of California.

13. I have never had any ownership interest in SCI Western Market Support Center, L.P., SCI Eastern Market Support Center, L.P., SCI Houston Market Support Center, L.P., SCI Funeral And Cemetery Purchasing Cooperative, Inc., or any funeral

establishments, cemeteries and other local facilities owned by any subsidiary of Service Corporation International

14. I make this declaration based upon my own personal knowledge. If called upon to testify about the matters set forth herein, I could and would do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

_____
CURTIS BRIGGS

DECLARATION OF CURTIS BRIGGS IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT