STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone   (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | No. C08-01190 JSW<br><br>**DECLARATION OF ROBERT PISANO IN SUPPORT OF SCI EASTERN MARKET SUPPORT CENTER, L.P.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:   April 25, 2008<br>Time:   9:00 a.m.<br>Dept.:   2 |

I, Robert Pisano, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following declaration under penalty of perjury:

1. I am a resident of Eastchester, New York.

**DECLARATION OF ROBERT PISANO RE MOTION TO DISMISS**   1
Case No. 08-01190 JSW

2. I work with the SCI Eastern Market Support Center, L.P. ("Eastern Market Support"). I make this declaration based upon my own personal knowledge. If called upon to testify about the matters set forth herein, I could and would do so.

3. Eastern Market Support's office is located in Long Island City, New York.

4. Eastern Market Support has never been licensed or conducted business in the State of California. It provides executive, management, administrative, accounting, data processing, and human resources services to the funeral establishments, cemeteries and other local facilities owned by Service Corporation International's ("SCI") subsidiary companies that are located in the following states: Connecticut, Illinois, Iowa, Maine, Maryland, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, and Virginia.

5. At no time did Eastern Market Support provide any such services within the State of California or to any business entity doing business in the State of California.

6. Eastern Market Support has never entered into any contracts, employment or otherwise, with any of the plaintiffs in this action. It never employed or supervised the employment of any of the plaintiffs in this action.

7. Eastern Market Support has never maintained an office or held any bank accounts located within the State of California.

8. Eastern Market Support has not owned any real property in the State of California.

9. Eastern Market Support has not paid any taxes to the State of California.

///

///

**DECLARATION OF ROBERT PISANO RE MOTION TO DISMISS**　　　　2
Case No. 08-01190 JSW

1      I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct. Executed this 29th day of February, 2008, at
3  Long Island City, New York.

4

5                                          _/s/ Robert Pisano_____
                                            ROBERT PISANO

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**DECLARATION OF ROBERT PISANO IN SUPPORT OF SCI EASTERN MARKET SUPPORT CENTER, L.P.'S MOTION TO DISMISS AMENDED COMPLAINT**