STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY
PURCHASING COOPERATIVE, INC., SCI
EASTERN MARKET SUPPORT CENTER,
L.P. SCI WESTERN MARKET SUPPORT
CENTER, L.P., SCI HOUSTON MARKET
SUPPORT CENTER, L.P., JANE D. JONES,
GWEN PETTEWAY, THOMAS RYAN and
CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | No.  C08-01190 JSW<br><br>**DECLARATION OF JANE D. JONES IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:    April 25, 2008<br>Time:    9:00 a.m.<br>Dept.:    2 |

I, JANE D. JONES, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

**DECLARATION OF JANE D. JONES RE MOTION TO DISMISS**          1
Case No. 08-01190 JSW

1   1. I am and, at all times relevant hereto, have been a resident of Houston,

2 Texas.

3   2. I am an employee of SCI Executive Services, Inc., a Texas corporation, and

4 I hold the title of Vice President of Human Resources for Service Corporation

5 International, a Texas corporation. SCI Executive Services, Inc. and Service Corporation

6 International maintain their principal place of business and offices only in Houston, Texas.

7   3. I have never resided in the State of California.

8   4. I have never owned or operated a business in the State of California.

9   5. I have never been licensed to do business in the State of California.

10   6. I have never had an office in the State of California.

11   7. I have never been employed in the State of California.

12   8. I have never owned any real property in the State of California.

13   9. I have never maintained a bank account in the State of California.

14   10. I have never paid taxes in the State of California.

15   11. At no time have I ever actively managed any funeral establishment,

16 cemetery or other local facility that is owned by a subsidiary of Service Corporation

17 International.

18   12. At no time have I ever hired or terminated or supervised any of the plaintiffs

19 nor any other employees of any funeral establishment, cemetery or other local facility that

20 is owned by a subsidiary of Service Corporation International, including any such funeral

21 establishments, cemeteries or other local facilities located in the State of California.

22   13. I have never had any ownership interest in SCI Western Market Support

23 Center, L.P., SCI Eastern Market Support Center, L.P., SCI Houston Market Support

24 Center, L.P., SCI Funeral And Cemetery Purchasing Cooperative, Inc., or any funeral

25 establishments, cemeteries and other local facilities owned by any subsidiary of Service

26 Corporation International.

27   14. I make this declaration based upon my own personal knowledge. If called

28 upon to testify about the matters set forth herein, I could and would do so.

**DECLARATION OF JANE D. JONES RE MOTION TO DISMISS**   2
Case No. 08-01190 JSW

1       I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct.  Executed this <u>28</u> day of February, 2008, at
    Burnaby, British Columbia, Canada.
    ~~Houston, Texas.~~

3

4                                 JANE D. JONES

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF JANE D. JONES IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT