STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | No. C08-01190 JSW<br><br>**DECLARATION OF STEVEN H. GURNEE IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:    April 25, 2008<br>Time:    9:00 a.m.<br>Dept.:   2 |

I, STEVEN H. GURNEE, hereby declare that:

1.     I am an attorney licensed to practice in the State of California, the Northern, Eastern and Central Districts of the United States District Court and the United States Court of Appeals for

**DECLARATION OF STEVEN H. GURNEE RE MOTION TO DISMISS**               1
Case No.:  C08-01190 JSW

the Ninth Circuit. I have personal knowledge of the facts and documents set forth in this declaration, and if called as a witness I could and would competently testify regarding them.

2. I have specially appeared on behalf of and represented Service Corporation International ("SCI") in several prior state and federal court actions. In each of those actions, SCI has contested personal jurisdiction of the court. In a number of cases, I filed motions to dismiss and quash service upon SCI for lack of personal jurisdiction based upon its not having the required minimum contacts.

3. Attached hereto as exhibits are true and correct copies of some of the courts' rulings which found insufficient grounds to assert *in personam* jurisdiction over SCI in the State of California, including: (a) *Lydia Innis v. Service Corporation International*, San Mateo County Superior Court Case No. 462609 (Exhibit "A"); (b) *Renelle K. Emond v. Service Corporation International*, Sacramento County Superior Court case number 04AS02627 (Exhibit "B"); and (c) *Taghulk Proprietary, Ltd. V. Service Corporation International*, U.S. District Court, Northern California District, San Francisco Division, case number 99-CV05151-WHA (Exhibit "C.") Due to the limited time within which to bring the motion to dismiss, I have been unable to retrieve from storage a copy of the order issued in the latter case, but Exhibit "C" attached hereto is a true and correct copy of the court's electronic docket reflecting the granting of SCI's Rule 12(b)(2) motion. (See Civil Docket documents #4 and #45.) I hereby request that the court take judicial notice of each of the attached rulings pursuant to Evidence Rule 201.

////

///

///

///

DECLARATION OF STEVEN H. GURNEE RE MOTION TO DISMISS
Case No.: C08-01190 JSW

2

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of March, 2008, at Roseville, California.

                                                                                                           STEVEN H. GURNEE

# EXHIBIT A

```
STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California  95661-3805
Telephone   (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants
SCI California Funeral Services Inc.,
Woodlawn Memorial Park
```

ENDORSED FILED
SAN MATEO COUNTY

DEC - 5 2007

Clerk of the Superior Court
By  F. MORNEAU
     DEPUTY CLERK

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN MATEO

| | |
|---|---|
| LYDIA INNIS,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL, a Texas corporation doing business as WOODLAWN MEMORIAL PARK, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 462609<br><br>[PROPOSED] ORDER DISMISSING DEFENDANT SERVICE CORPORATION INTERNATIONAL, A TEXAS CORPORATION, PURSUANT TO IT'S MOTION TO QUASH SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT<br><br>Date:　　November 5, 2007 (con'td to 11/16/c)<br>Time:　　9:00 a.m.<br>Dept.:　　28/ LM<br>Complaint filed: July 27, 2007 |

　　　On November 16, 2007, the Court issued a tentative ruling granting defendant SERVICE CORPORATION INTERNATIONAL, a Texas corporation's Motion to Quash the Service of the Summons and First Amended Complaint for Damages and dismissed SERVICE CORPORATION INTERNATIONAL, a Texas corporation, from this action.

　　　No party having requested a hearing, the Court hereby adopts the tentative ruling.

　　　**THEREFORE, IT IS HEREBY ORDERED** that:

- The Defendant's objections to evidence are each OVERRULED.
- The Motion to Quash pursuant to CCP §418.10 is GRANTED. The plaintiff has not adequately demonstrated the existence of general jurisdiction.

1

[PROPOSED] ORDER DISMISSING DEFENDANT SERVICE CORPORATION INTERNATIONAL, A TEXAS CORPORATION

- Defendant Service Corporation International is dismissed from the action.
- If the tentative ruling is uncontested, the tentative ruling shall become the order of the court, pursuant to Rule 3.1308(a)(1), adopted by Local rule 3.10. Moving party shall prepare and submit an order pursuant to Rule 3.1312 and thereafter serve the signed order.

IT IS SO ORDERED.

DATED: DEC 3 - 2007, 2007

_____
GEORGE A. MIRAM
JUDGE OF THE SUPERIOR COURT

Approved as to form:

Dated: Nov. 21, 2007

_____
Shelley Buchanan
Attorney for Plaintiff LYNDA INNIS

# EXHIBIT B

```
ITEM  8  04AS02627 RENELLE K. EMOND VS. SERVICE CORP. INTERNATIONAL
             Nature of Proceeding: MOTION TO QUASH
             Filed By: MASON, JOHN A.
```

Defendant's motion to quash for lack of jurisdiction is granted.

SCI is the parent corporation of SCI-CAL. The subsidiary operates funeral homes in California, including those where plaintiff worked. SCI-CAL operates independently, maintains separate accounts, and pays its own taxes. Management of each funeral home is vested with the managers at the location. SCI-CAL operates independently of SCI. There is no evidence to suggest that SCI is the alter ego of SIC-CAL. SCI has no contacts with California sufficient to confer jurisdiction. (See Sells declaration.)

Plaintiff should file an amended complaint naming SCI-CAL Mount Vernon and SCI-CAL Sierra View as Doe defendants.

This minute order is effective immediately. No formal order is required, the tentative ruling being sufficient notice.

**EXHIBIT C**

AO279, CLOSED, ICMS

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:99-cv-05151-WHA

| | |
|---|---|
| Taghulk Proprietary, et al v. Service Corporation, et al | Date Filed: 12/02/1999 |
| Assigned to: Judge William H. Alsup | Date Terminated: 11/22/2000 |
| Demand: $0 | Jury Demand: Both |
| Cause: 35:145 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Taghulk Proprietary, Ltd.**  represented by  **Roger A. Dreyer**
*an Australian Limited Company*               Dreyer Babich Buccola & Callaham
                                              715 University Ave
                                              Sacramento, CA 95814
                                              (916) 920-2111
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **John P. Costello**
                                              Law Offices of John P. Costello
                                              331 J Street
                                              Sacramento, CA 95814
                                              (916) 441-2234
                                              *ATTORNEY TO BE NOTICED*

                                              **Stephen F. Davids**
                                              Dreyer Babich Buccola & Callaham
                                              715 University Ave
                                              Sacramento, CA 95814
                                              (916) 920-2111
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Thomas**          represented by  **Roger A. Dreyer**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **John P. Costello**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Stephen F. Davids**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Service Corporation International, Inc.** represented by **Michael E. Breeden**
Steven H. Gurnee & Associates
2240 Douglas Boulevard, Suite 150
Rosevile, CA 95661
916 797-3131
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Hazard Gurnee**
Gurnee & Daniels LLP
2240 Douglas Boulevard
Suite 150
Roseville, CA 95661-3805
916-797-3100
Fax: 916-797-3131
Email: steve@gurneelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthews International Corporation** represented by **Jonathan Edward Swartz**
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
(415) 371-1200
Fax: (415) 371-1211
Email: jswartz@thelen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Benard Pringle**
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415/371-1200
Email: rbpringle@thelen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry J. Coyne**
Reed Smith Shaw & McClay LLP

                          James H. Reed Bldg, Mellon Square
                          435 Sixth Avenue
                          P.O. Box 2009
                          Pittsburgh, PA 15219
                          Email: bcoyne@reedsmith.com
                          *ATTORNEY TO BE NOTICED*

                          **Joshua S. Bish**
                          Reed Smith Shaw & McClay LLP
                          James H. Reed Bldg, Mellon Square
                          435 Sixth Avenue
                          P.O. Box 2009
                          Pittsburgh, PA 15219
                          Email: jbish@reedsmith.com
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Royal Melrose Granite, Inc.**       represented by   **Dennis Earl Raglin**
                          Wilson Petty Kosmo & Turner LLP
                          550 West C Street
                          Suite 1050
                          San Diego, CA 92101
                          619-236-9600
                          Fax: 619-236-9669
                          Email: draglin@wpkt.com
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

                          **John M. Drath**
                          Drath Clifford Murphy Wennerholm &
                          Hagen
                          1999 Harrison Street
                          Suite 1900
                          Oakland, CA 94612-3578
                          510 287-4000
                          Fax: 510 287-4050
                          Email: jdrath@drathlaw.com
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Cold Spring Granite Company**      represented by   **Dennis Earl Raglin**
                          (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

                          **Douglas E. Cameron**
                          Reed Smith Shaw & McClay LLP
                          James H. Reed Bldg, Mellon Square
                          435 Sixth Avenue
                          P.O. Box 2009

Pittsburgh, PA 15219
*ATTORNEY TO BE NOTICED*

**John M. Drath**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/1999 | 1 | COMPLAINT Summons(es) issued; Fee status pd entered on 12/2/99 in the amount of $ 150.00 ( Receipt No. 3306256); jury demand [3:99-cv-05151] (RS, COURT STAFF) (Entered: 12/09/1999) |
| 12/02/1999 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by Judge William H. Alsup : Proof of service to be filed by 1/18/00 ; counsels' case management statement to be filed by 3/27/00 ; initial case management conference will be held 11:00 a.m. on 4/6/00 . (cc: all counsel) [3:99-cv-05151] (RS, COURT STAFF) (Entered: 12/09/1999) |
| 12/09/1999 | | REPORT on the filing or determination of an action regarding patent infringement (cc: form mailed to register) [3:99-cv-05151] (RS, COURT STAFF) (Entered: 12/09/1999) |
| 01/03/2000 | 3 | ANSWER by defendants Royal Melrose, Cold Spring Granite to complaint [1-1]; jury demand [3:99-cv-05151] (bug, COURT STAFF) (Entered: 01/04/2000) |
| 01/07/2000 | 4 | MOTION before Judge William H. Alsup by defendant Service Corporation to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction and, for improper venue [3:99-cv-05151] (mmr, COURT STAFF) (Entered: 01/13/2000) |
| 01/07/2000 | 5 | DECLARATION by Suzanne Dineff on behalf of defendant Service Corporation in support of motion to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction [4-1], re motion for improper venue [4-2] [3:99-cv-05151] (mmr, COURT STAFF) (Entered: 01/13/2000) |
| 01/07/2000 | 6 | MOTION before Judge William H. Alsup by defendant Service Corporation for enlargement of time based on stipulation [3:99-cv-05151] (mmr, COURT STAFF) (Entered: 01/13/2000) |
| 01/07/2000 | | RECEIVED Stipulation for enlargement of time submitted by defendant Service Corporation re: [6-1] [3:99-cv-05151] (mmr, COURT STAFF) (Entered: 01/13/2000) |
| 01/07/2000 | | RECEIVED Proposed Order ( defendant Service Corporation ) re: document received [0-0], re: motion for enlargement of time based on stipulation [6-1] [3:99-cv-05151] (mmr, COURT STAFF) (Entered: 01/13/2000) |
| 01/13/2000 | 7 | ORDER by Judge William H. Alsup: defendant Service Corporation |

| | | |
|---|---|---|
| | | International, Inc's request for an enlargement of time to and including 01/13/00 to file a responsive pleading is GRANTED (Date Entered: 01/20/00) (cc: all counsel) [3:99-cv-05151] (bug, COURT STAFF) (Entered: 01/20/2000) |
| 01/13/2000 | 8 | STIPULATION of counsel for enlargment of time [7-1] by defendant [3:99-cv-05151] (bug, COURT STAFF) (Entered: 01/20/2000) |
| 01/20/2000 | 9 | AMENDED NOTICE of hearing by defendant Service Corporation setting motion to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction [4-1] ; hearing set for 8:00 2/24/00, motion for improper venue [4-2] ; hearing set for 8:00 2/24/00 [3:99-cv-05151] (ab, COURT STAFF) (Entered: 02/03/2000) |
| 01/20/2000 | 10 | RETURN OF SERVICE unexecuted [3:99-cv-05151] (ab, COURT STAFF) (Entered: 02/03/2000) |
| 01/20/2000 | 11 | RETURN OF SERVICE of summons executed upon defendant Service Corporation on 12/13/99 [3:99-cv-05151] (ab, COURT STAFF) (Entered: 02/03/2000) |
| 01/20/2000 | 12 | RETURN OF SERVICE of summons executed upon defendant Matthews Int'l on 12/17/99 [3:99-cv-05151] (ab, COURT STAFF) (Entered: 02/03/2000) |
| 01/20/2000 | 13 | RETURN OF SERVICE of summons and complaint executed upon defendant Royal Melrose on 12/14/99 [3:99-cv-05151] (ab, COURT STAFF) (Entered: 02/03/2000) |
| 01/20/2000 | 14 | RETURN OF SERVICE of summons and complaint executed upon defendant Cold Spring Granite on 12/14/99 [3:99-cv-05151] (ab, COURT STAFF) (Entered: 02/03/2000) |
| 02/03/2000 | 15 | MEMORANDUM by Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas in opposition to motion to dismiss pursuant to 12(B)(2) lack of jurisdiction [4-1], motion for improper venue [4-2] [3:99-cv-05151] (nd, COURT STAFF) (Entered: 02/07/2000) |
| 02/03/2000 | 16 | DECLARATION by Mark Thomas on behalf of Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas re opposition memorandum [15-1] [3:99-cv-05151] (nd, COURT STAFF) (Entered: 02/07/2000) |
| 02/03/2000 | 17 | DECLARATION by Stephen F. Davids on behalf of Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas re opposition memorandum [15-1] [3:99-cv-05151] (nd, COURT STAFF) (Entered: 02/07/2000) |
| 02/08/2000 | 18 | REPLY by defendant Service Corporation re opposition memorandum [15-1] to motion to dismiss and improper venue [3:99-cv-05151] (scu, COURT STAFF) (Entered: 02/17/2000) |
| 02/24/2000 | 19 | ORDER by Judge William H. Alsup Ruling on motion to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction [4-1] is deferred until 06/2000, Ruling on motion for improper venue [4-2] is deferred until 06/2000; parties will conduct limited discovery on the issues raised in |

| | | |
|---|---|---|
| | | defendants' motion; plaintiffs' brief is due 6/1/00; defendants' reply is due 6/15/00 ( Date Entered: 3/6/00) (cc: all counsel) [3:99-cv-05151] (RS, COURT STAFF) (Entered: 03/06/2000) |
| 02/24/2000 | 20 | MINUTES: ( C/R Leo Mankiewicz) ( Hearing Date: 2/24/00) that the motion to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction [4-1] is submitted, that the motion for improper venue [4-2] is submitted Deadline for plaintiff to file a motion re jurisdiction is 6/1/00 ; this motion will be heard at 8:00 a.m. on 7/6/00 ; [3:99-cv-05151] (RS, COURT STAFF) (Entered: 03/06/2000) |
| 03/24/2000 | 21 | STIPULATION and ORDER by Judge William H. Alsup : extending time for Matthew Intl Corp to answer to 4/20/00 (cc: all counsel) [3:99-cv-05151] (ab, COURT STAFF) (Entered: 03/29/2000) |
| 03/27/2000 | 22 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/27/2000 | 23 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:99-cv-05151] (ab, COURT STAFF) (Entered: 03/29/2000) |
| 03/28/2000 | 24 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/28/2000 | 25 | EX-PARTE APPLICATION of Douglas E. Cameron, Barry J. Coyne, and Joshua S. Bish before Judge William H. Alsup by defendant Matthews Int'l for attorney to appear pro hac vice [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/28/2000 | 26 | DECLARATION by Robert B. Pringle on behalf of defendant Matthews Int'l re motion for attorney to appear pro hac vice [25-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/28/2000 | 27 | DECLARATION by Douglas E. Cameron on behalf of defendant Matthews Int'l re motion for attorney to appear pro hac vice [25-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/28/2000 | 28 | DECLARATION by Barry J. Coyne on behalf of defendant Matthews Int'l re motion for attorney to appear pro hac vice [25-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/28/2000 | 29 | DECLARATION by Joshua S. Bish on behalf of defendant Matthews Int'l re motion for attorney to appear pro hac vice [25-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/28/2000 | | RECEIVED Proposed Order ( defendant Matthews Int'l ) re: motion for attorney to appear pro hac vice [25-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 03/29/2000) |
| 03/30/2000 | 31 | SUPPLEMENT by defendant Matthews Int'l re declaration of Joshua Bish [29-1] in support of exparte application for admission PHV [3:99-cv-05151] (ab, COURT STAFF) (Entered: 04/06/2000) |
| | | |

| 03/30/2000 | 32 | SUPPLEMENT by defendant Matthews Int'l re declaration of Barry Coyne [28-1] in support of exparte application for admission PHV [3:99-cv-05151] (ab, COURT STAFF) (Entered: 04/06/2000) |
|---|---|---|
| 03/30/2000 | 33 | SUPPLEMENT by defendant Matthews Int'l re declaration of Douglas Cameron [27-1] in support of exparte application for admission PHV [3:99-cv-05151] (ab, COURT STAFF) (Entered: 04/06/2000) |
| 03/30/2000 | 34 | PROOF OF SERVICE by defendant Matthews Int'l of dockets no. 31-33 [3:99-cv-05151] (ab, COURT STAFF) (Entered: 04/06/2000) |
| 03/31/2000 | 30 | CASE MANAGEMENT ORDER by Judge William H. Alsup All motions will be filed by 12/21/00 ; Pre-trial conference will be held 2:30 2/5/01 ; Trial set for 8:00 2/19/01 ; . Est.trial days: 5-7 days (cc: all counsel) [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 04/03/2000) |
| 03/31/2000 |  | Docket Modification (Administrative) to case management order All motions will be filed by 12/21/00 ; Pre-trial conference will be held 2:30 2/5/01 ; Trial set for 8:00 2/19/01 ; [30-1] Discovery cutoff set for 10/31/00 ; cutoff date for expert discovery is 11/20/00 ; [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 04/06/2000) |
| 04/06/2000 | 35 | REPORTER'S TRANSCRIPT; Date of proceedings: 2/24/00 ( C/R: Leo Mankiewicz) minutes [20-2] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 04/11/2000) |
| 04/07/2000 | 36 | ORDER by Judge William H. Alsup granting motion for attorney to appear pro hac vice [25-1] ( Date Entered: 4/11/00) (cc: all counsel) [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 04/11/2000) |
| 04/14/2000 | 37 | PROOF OF SERVICE by Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas of order [21-2] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 04/18/2000) |
| 04/20/2000 | 38 | ANSWER by defendant Matthews Int'l to complaint [1-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 04/24/2000) |
| 05/08/2000 |  | RECEIVED Proposed Order ( defendant Service Corporation, defendant Matthews Int'l, defendant Royal Melrose, defendant Cold Spring Granite ) [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 05/11/2000) |
| 05/09/2000 | 39 | STIPULATION and ORDER by Judge William H. Alsup : allowing time for service of initial disclosure of prior art (cc: all counsel) [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 05/15/2000) |
| 05/12/2000 | 40 | NOTICE of Entry by defendant Royal Melrose, defendant Cold Spring Granite of [39-1] order [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 05/18/2000) |
| 06/01/2000 | 41 | SUPPLEMENTAL MEMORANDUM of Points and Authorities by Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas in opposition to motion to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction [4-1], motion for improper venue [4-2] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 06/02/2000) |

| | | |
|---|---|---|
| 06/01/2000 | 42 | DECLARATION by Stephen F. Davids on behalf of Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas re opposition memorandum [41-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 06/02/2000) |
| 06/15/2000 | 43 | SUPPLEMENTAL REPLY by defendant Service Corporation re motion to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction [4-1], re motion for improper venue [4-2] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 06/16/2000) |
| 06/29/2000 | 44 | SECOND DECLARATION by Stephen F. Davids on behalf of Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas re opposition memorandum [41-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 06/30/2000) |
| 07/06/2000 | 45 | ORDER by Judge William H. Alsup granting motion to dismiss pursuant to FRCvP 12(B)(2) lack of jurisdiction [4-1], denying motion for improper venue [4-2] as MOOT ( Date Entered: 7/7/00) (cc: all counsel) [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 07/07/2000) |
| 07/06/2000 | 46 | MINUTES: ( C/R Raynee Mercado) ( Hearing Date: 7/6/00) Plaintiff's Motion to Dismiss TAKEN UNDER SUBMISSION [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 07/10/2000) |
| 10/02/2000 | 47 | EXPEDITED MOTION before Judge William H. Alsup by defendant Royal Melrose, defendant Cold Spring Granite for relief from CM schedule order dates [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 10/03/2000) |
| 10/02/2000 | 48 | DECLARATION by Dennis E. Raglin on behalf of defendant Royal Melrose, defendant Cold Spring Granite re motion for relief from CM schedule order dates [47-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 10/03/2000) |
| 10/02/2000 | | RECEIVED Proposed Order ( defendant Royal Melrose, defendant Cold Spring Granite ) re: motion for relief from CM schedule order dates [47-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 10/03/2000) |
| 10/03/2000 | 49 | ORDER by Judge William H. Alsup denying motion for relief from CM schedule order dates [47-1]; settlement discussions are not good cause; the parties have not been diligent in preparing the case ( Date Entered: 10/4/00) (cc: all counsel) [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 10/04/2000) |
| 10/13/2000 | 50 | NOTICE of entry by defendant Royal Melrose, defendant Cold Spring Granite of [49-1] order [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 10/16/2000) |
| 10/20/2000 | | RECEIVED Proposed Order ( Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas ) motion for voluntary dismissal [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 10/23/2000) |
| 11/08/2000 | 51 | OPPOSITION in part by defendant Matthews Int'l to plaintiffs' motion for voluntary dismissal [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 11/09/2000) |

| | | |
|---|---|---|
| 11/08/2000 | 51 | COUNTER MOTION before Judge William H. Alsup by defendant Matthews Int'l for certain costs and attorneys' fees with Notice set for 11/30/00 8:00 [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 11/09/2000) |
| 11/08/2000 | 52 | DECLARATION by Barry J. Coyne on behalf of defendant Matthews Int'l re motion for certain costs and attorneys' fees [51-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 11/09/2000) |
| 11/08/2000 | | RECEIVED Proposed Order ( defendant Matthews Int'l ) re: motion for certain costs and attorneys' fees [51-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 11/09/2000) |
| 11/16/2000 | 53 | REPLY by Plaintiff Taghulk Proprietary, Plaintiff Mark Thomas re opposition [51-1] [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 11/17/2000) |
| 11/22/2000 | 54 | ORDER by Judge William H. Alsup dismissing case without prejudice; appeal filing ddl 12/27/00 ; plaintiffs are ordered to pay $2000 to dft for fees and costs ( Date Entered: 11/27/00) (cc: all counsel) [3:99-cv-05151] (rbe, COURT STAFF) (Entered: 11/27/2000) |
| 12/01/2000 | 55 | DECLARATION by Stephen F. Davids on behalf of Plaintiff pursuant to 11/22/00 Court Order [54-1] [3:99-cv-05151] (slh, COURT STAFF) (Entered: 12/06/2000) |
| 12/04/2000 | 56 | ORDER by Judge William H. Alsup dismissing action without prejudice (cc: all counsel) [3:99-cv-05151] (slh, COURT STAFF) (Entered: 12/06/2000) |
| 12/15/2000 | 57 | PROOF OF SERVICE by Taghulk Proprietary, Mark Thomas of Scheduling order dismissing action without prejudice [56-1], order [56-2] [3:99-cv-05151] (rayp, COURT STAFF) (Entered: 12/18/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/06/2008 12:04:09 | | | |
| PACER Login: | gw0637 | Client Code: | sci |
| Description: | Docket Report | Search Criteria: | 3:99-cv-05151-WHA |
| Billable Pages: | 5 | Cost: | 0.40 |