1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone    (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants

6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN
8  MARKET SUPPORT CENTER, L.P., SCI
   HOUSTON MARKET SUPPORT CENTER, L.P.,
9  JANE D. JONES, GWEN PETTEWAY, THOMAS
   RYAN and CURTIS BRIGGS
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 14  CLAUDE BRYANT, JOSEPH BIERNACKI, ) GORDON FARMER, RHEALYN HOLLAND,) JAMES STICKLE, ELEANOR RIGGIO, ) FRANK ACCUNA, RICHARD ) LAMASTERS, KENNETH ALLEN, CRAIG ) FULCHER, SANFORD LEVINE and ) THOMAS THOMPSON, on behalf of ) themselves and all other employees and former ) employees similarly situated, ) ) Plaintiffs, ) vs. ) ) SERVICE CORPORATION ) INTERNATIONAL, SCI FUNERAL AND ) CEMETERY PURCHASING ) COOPERATIVE, INC., SCI EASTERN ) MARKET SUPPORT CENTER, L.P. SCI ) WESTERN MARKET SUPPORT CENTER, ) L.P. a/k/a SCI WESTERN MARKET ) SUPPORT CENTER, INC., SCI HOUSTON ) MARKET SUPPORT CENTER, L.P. JANE D.) JONES, GWEN PETTEWAY, THOMAS ) RYAN and CURTIS BRIGGS, ) | Case No. CV 08-1190 JSW  [Assigned to Judge Hon. Jeffrey S. White]  **[PROPOSED] ORDER GRANTING DEFENDANTS SERVICE CORPORATION INTERNATIONAL, SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN AND CURTIS BRIGGS' MOTION TO DISMISS**  Date:    April 25, 2008 Time:    9:00 a.m. Dept:    2 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**                      1
Case No. 08-1190 JSW

|   |   |
|---|---|
| 1 | Defendants. ) |
| 2 | ) |

Defendants Service Corporation International, SCI Eastern Market Support Center, L.P., SCI Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis Briggs' Motion to Dismiss came on for hearing before this Court. After consideration of the briefs and arguments o counsel, and all other matters presented to this Court:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.

Dated:_____     _____
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
Case No. 08-1190 JSW

2