1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA 95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131
5
   Attorneys for Defendant
6  SERVICE CORPORATION INTERNATIONAL

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11 CLAUDE BRYANT, JOSEPH BIERNACKI,  )   Case No. **C08-01190 JSW**
12 GORDON FARMER, RHEALYN HOLLAND,)
   JAMES STICKLE, ELEANOR RIGGIO,    )   **DEFENDANT SERVICE**
13 FRANK ACCUNA, RICHARD             )   **CORPORATION INTERNATIONAL'S**
   LAMASTERS, KENNETH ALLEN, CRAIG   )   **NOTICE OF MOTION AND MOTION**
14 FULCHER, SANFORD LEVINE and       )   **FOR STAY OF THIS ACTION AND**
   THOMAS THOMPSON, on behalf of     )   **AWARD OF ATTORNEY FEES AND**
15 themselves and all other employees and former ) **COSTS PURSUANT TO FRCP 41(d)**
16 employees similarly situated,     )
                                     )   Date:       April 25, 2008
17              Plaintiffs,           )   Time:       9:00 a.m.
                                     )   Dept:       2
18       vs.                         )
                                     )
19 SERVICE CORPORATION               )
20 INTERNATIONAL, SCI FUNERAL AND    )   Trial Date:  NONE SET
   CEMETERY PURCHASING               )
21 COOPERATIVE, INC., SCI EASTERN    )
   MARKET SUPPORT CENTER, L.P. SCI   )
22 WESTERN MARKET SUPPORT CENTER,    )
   L.P. a/k/a SCI WESTERN MARKET     )
23 SUPPORT CENTER, INC., SCI HOUSTON )
24 MARKET SUPPORT CENTER, L.P. JANE D.)
   JONES, GWEN PETTEWAY, THOMAS      )
25 RYAN and CURTIS BRIGGS,           )
                                     )
26                                   )
              Defendants.            )
27 _____ )

28 ///

SCI'S MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND
COSTS PURSUANT TO FRCP 41(d)                                              1
Case No.: 08-01190 JSW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on April 25, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 2 of the United States District Court, Northern District of California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California, Defendant Service Corporation International ("SCI") will move the Court for an order pursuant to FRPC 41(d) staying this action and requiring plaintiffs to pay SCI the $35,532.23 it incurred in attorney fees and costs incurred in a prior nearly identical action against it that the plaintiffs voluntarily dismissed and now have re-filed.

This motion is made on the ground that plaintiffs previously filed and dismissed its meritless action against SCI in the case of *Prise Et Al. V. Alderwoods Group, Inc. And Service Corporation International,* Case No. 07-CV-5140'MJJ ("*Prise*") filed in the United States District Court, Northern District of California, which sought nearly identical claims and relief against SCI that plaintiffs are now seeking against it in this action.

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth below, the Declarations of John A. Mason and Amy E. Dias, the Request for Judicial Notice filed in support of Defendants' accompanying Motions to Dismiss, the pleadings, records and files in this action and the *Prise* action, and upon such other and further evidence and argument as may be presented at the time of the hearing.

Dated: March 5, 2008.                    GURNEE & DANIELS LLP


                                         By _____
                                         STEVEN H. GURNEE, ESQ.
                                         DAVID M. DANIELS, ESQ.
                                         NICHOLAS P. FORESTIERE, ESQ.
                                         Attorneys for Defendants
                                         SERVICE CORPORATION
                                         INTERNATIONAL

SCI'S MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND
COSTS PURSUANT TO FRCP 41(d)                                                      2
Case No.: 08-01190 JSW

# MEMORANDUM OF POINTS & AUTHORITIES

## I

### THIS ACTION SHOULD BE STAYED, AT LEAST AS TO SCI, UNTIL THE PLAINTIFFS HAVE PAID SCI'S ATTORNEY FEES AND COSTS INCURRED IN FILING ITS MOTION TO DISMISS IN THE CASE OF *PRISE ET AL. V. ALDERWOODS GROUP, INC. AND SERVICE CORPORATION INTERNATIONAL*

Rule 41(d) in relevant part states:

> If a plaintiff who has once dismissed an action in any Court commences an action based upon or including the same claim against the same defendant, the Court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

"Costs may be imposed under Rule 41(d) where the plaintiff has brought a second identical, or nearly identical, claim and has requested identical, or nearly identical, relief". (*Esquivel v. Arau*, 913 F.Supp. 1382, 1387 (C.D.Cal.,1996).) Such an award of costs can include both expenses and attorney fees. (*Id.* at p. 1392). "Rule 41(d) is intended to serve as a deterrent to forum shopping and vexatious litigation". (*Id.* at p. 1386.)

Plaintiffs are required to pay SCI its attorney fees and costs in the amount of $35,532.23 before being allowed to proceed against it in this action. These fees and costs were incurred in preparing and filing SCI's Motion to Dismiss the plaintiffs' class action case entitled *Deborah Prise et al. v. Alderwoods Group, Inc., and Service Corporation International*, United States District Court, Northern District of California, Case No. C 07-CV-5140-MJJ.) (*See*, Declaration of John A. Mason at ¶¶ 2-4; Declaration of Amy E. Dias at ¶¶ 2-4.) The plaintiffs voluntarily dismissed that action before the motion to dismiss was heard. (Mason Decl. at ¶2.) The claims that were asserted in that prior action, as well as the relief sought, are identical or nearly identical to those being asserted in this action. They both include essentially the same state law claims (Compare, Request for Judicial Notice filed in support of Defendants' accompanying Motions to Dismiss ("RJN"), Exhibit F, *Prise* Amended Complaint ¶¶ 50-142 with RJN Exhibit K, the Amended Class action in this case ¶¶237-317.) Both actions include the same state law causes of action for: Violation of California Labor Laws, State Wage and Hour Laws, Unjust Enrichment/Restitution, Conversion, Fraud and Deceit, Misrepresentation, Breach of Contract,

Breach of Implied Covenant of Good Faith and Fair Dealing, Quantum Meruit and Unlawful Business Practices. (RJN Exhibits F and K.)

      SCI spent substantial time, effort and money seeking its dismissal from the same prior meritless state law claims Plaintiffs alleged against it in *Prise* action, only now to have them again reasserted by plaintiffs against SCI in this action. Consequently, SCI requests the Court require plaintiffs to pay its attorney fees and costs incurred in the prior dismissed action before plaintiffs are allowed to proceed against SCI in this action.

## II
## CONCLUSION

      Based on the foregoing, SCI respectfully requests an order staying this action and requiring plaintiffs to pay SCI the amount of $35,532.23 pursuant to FRCP 41(d).

Dated: March 5, 2008.　　　　　　　　　　GURNEE & DANIELS LLP

By _/s/ Nicholas K. Feist_
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendant
SERVICE CORPORATION INTERNATIONAL

SCI'S MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)　　　　2
Case No.: 08-01190 JSW