STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone     (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P. SCI WESTERN
MARKET SUPPORT CENTER, L.P., SCI
HOUSTON MARKET SUPPORT CENTER, L.P.,
JANE D. JONES, GWEN PETTEWAY, THOMAS
RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>　　　　　　Defendants. | No. C08-01190 JSW<br><br>**DECLARATION OF JOHN A. MASON IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION FOR STAY AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)**<br><br>Date:　　　April 25, 2008<br>Time:　　　9:00 a.m.<br>Dept.:　　　2 |

I, JOHN A. MASON, hereby declare that:

1.　　I am an attorney licensed to practice in all courts of the State of California, the Northern, Eastern and Central Districts of the United States District Court, and the United States Court of Appeal for the Ninth Circuit.  I am a partner in the law firm of Gurnee & Daniels LLP, attorneys of record for defendants Service Corporation International, SCI Funeral and Cemetery

**DECLARATION OF JOHN A. MASON RE MOTION FOR STAY
AND AWARD OF ATTORNEYS FEES
Case No. 08-01190 JSW**

Purchasing Cooperative, Inc., SCI Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P., SCI Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis Briggs in the above-entitled cause. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would competently testify regarding them.

2. Gurnee & Daniels LLP was also counsel of record for the defendants in the matter of *Deborah Prise et al. v. Alderwoods Group, Inc. et al.,* United States District Court, Northern District of California, San Francisco Division, Case No. CV 07-05140 MJJ (hereinafter referred to as the "*Prise* matter"), which was voluntarily dismissed by the plaintiffs while defendants' Motion to Dismiss was pending.

3. I am one of the custodians of records for Gurnee & Daniels LLP. In that capacity, I personally reviewed the October 2007 and November 2007 billing records of Gurnee & Daniels LLP in the *Prise* matter in order to quantify the work performed and costs incurred by Gurnee & Daniels LLP relative to preparing the Motion to Dismiss in the *Prise* matter.

4. Based on my review of the billing records referenced in Paragraph 3 of this Declaration, I have determined that attorneys in the law firm of Gurnee & Daniels LLP spent a total of 19.0 hours preparing the Motion to Dismiss in the *Prise* matter, which translates to attorneys fees in the amount of $4,722.50. The hourly billing rates for Gurnee & Daniels LLP attorneys who worked on said Motion range from $225 to $300. In addition, I have determined Gurnee & Daniels LLP advanced $15.94 for Federal Express charges related to the filing of said Motion.

I declare under penalty of perjury under the laws of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of March, 2008, in Roseville, California.

_____
JOHN A. MASON

DECLARATION OF JOHN A. MASON RE MOTION FOR STAY
AND AWARD OF ATTORNEYS FEES
Case No. 08-01190 JSW