```
 1  STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
 2  NICHOLAS P. FORESTIERE, ESQ. SB#125118
    GURNEE & DANIELS LLP
 3  2240 Douglas Boulevard, Suite 150
    Roseville, CA 95661-3805
 4  Telephone    (916) 797-3100
    Facsimile    (916) 797-3131
 5
    Attorneys for Defendant
 6  SERVICE CORPORATION INTERNATIONAL
 7
 8                   UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10                      (SAN FRANCISCO DIVISION)
11
12  CLAUDE BRYANT, JOSEPH BIERNACKI,      )  Case No. C08-01190 JSW
    GORDON FARMER, RHEALYN HOLLAND,)
13  JAMES STICKLE, ELEANOR RIGGIO,        )  [PROPOSED] ORDER GRANTING
    FRANK ACCUNA, RICHARD                 )  DEFENDANT SERVICE
14  LAMASTERS, KENNETH ALLEN, CRAIG       )  CORPORATION INTERNATIONAL'S
    FULCHER, SANFORD LEVINE and           )  MOTION FOR STAY OF THIS ACTION
15  THOMAS THOMPSON, on behalf of         )  AND AWARD OF ATTORNEY FEES
                                          )  AND COSTS PURSUANT TO FRCP 41(d)
16  themselves and all other employees and former )
    employees similarly situated,         )  Date:       April 25, 2008
17                                        )  Time:       9:00 a.m.
            Plaintiffs,                   )  Dept:       2
18     vs.                                )
19                                        )
    SERVICE CORPORATION                   )
20  INTERNATIONAL, SCI FUNERAL AND        )  Trial Date:  NONE SET
    CEMETERY PURCHASING                   )
21  COOPERATIVE, INC., SCI EASTERN        )
    MARKET SUPPORT CENTER, L.P. SCI       )
22  WESTERN MARKET SUPPORT CENTER,        )
    L.P. a/k/a SCI WESTERN MARKET         )
23  SUPPORT CENTER, INC., SCI HOUSTON     )
    MARKET SUPPORT CENTER, L.P. JANE D.)
24  JONES, GWEN PETTEWAY, THOMAS          )
    RYAN and CURTIS BRIGGS,               )
25                                        )
            Defendants.                   )
26                                        )
    _____
27  [PROPOSED] ORDER GRANTING MOTION FOR STAY OF THIS ACTION AND
28  AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)

    Case No.: 08-01190 JSW
```

1

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   Defendant Service Corporation International's ("SCI") motion for an order, pursuant to FRCP 41(d), staying this action as to SCI and requiring plaintiffs to pay the sum of $35,532.23 to SCI in reimbursement of its attorney's fees and costs incurred in preparing its motion to dismiss in the matter of *Prise Et Al. V. Alderwoods Group, Inc. And Service Corporation International,* Case No. 07-CV-5140 MJJ ("*Prise*") came on for hearing before this Court. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court:

   IT IS HEREBY ORDERED that Defendant's motion is granted. The Court hereby orders that plaintiffs shall pay to SCI $35,532.23, and that this matter is stayed as to SCI pursuant to FRCP 41(d) until such time as plaintiffs have submitted to this Court satisfactory proof of payment to SCI in the amount of $35,532.23.

Dated:_____

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)

2

Case No.: 08-01190 JSW