United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., | |
| Plaintiffs, | No. C 08-01190 JSW |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, et al., | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Bryant, et al. v. Alderwoods Group, Inc., et al.*, Case No. 07-5696 SI.

**IT IS SO ORDERED.**

Dated: March 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge Illston