```
 1  STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
 2  NICHOLAS p. FORESTIERE, ESQ. SB#125118
    GURNEE & DANIELS LLP
 3  2240 Douglas Boulevard, Suite 150
    Roseville, CA  95661-3805
 4  Telephone   (916) 797-3100
    Facsimile   (916) 797-3131

 5  Attorneys for Defendants

 6  SERVICE CORPORATION INTERNATIONAL,
    SCI FUNERAL AND CEMETERY
 7  PURCHASING COOPERATIVE, INC., SCI
    EASTERN MARKET SUPPORT CENTER, L.P.
 8  SCI WESTERN MARKET SUPPORT CENTER,
    L.P., SCI HOUSTON MARKET SUPPORT
 9  CENTER, L.P., JANE D. JONES, GWEN
    PETTEWAY, THOMAS RYAN and CURTIS
10  BRIGGS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACCUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P. JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS, | Case No. C 08-1190 JSW<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**    1
Case No.: 08-01190 JSW

|   |   |
|---|---|
|   | ) |
| Defendants. | ) |
|   | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS submit the following Certificate of Interested Entities or Persons:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 6, 2008.

GURNEE & DANIELS LLP

By   s/Nicholas P. Forestiere
DAVID M. DANIELS, ESQ.
STEVEN H. GURNEE, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants

**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
Case No.: 08-01190 JSW

2