| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | DAVID M. DANIELS, ESQ. SB# 170315 |
| 2 | NICHOLAS P. FORESTIERE, ESQ. SB# 125118 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA  95661-3805 |
| 4 | Telephone     (916) 797-3100 |
| | Facsimile      (916) 797-3131 |
| 5 | |
| 6 | Attorneys for Defendants |
| 7 | SCI FUNERAL AND CEMETERY |
| | PURCHASING COOPERATIVE, INC. and |
| 8 | SCI WESTERN MARKET SUPPORT CENTER, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACCUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated, | Case No. **C 08-1190 SI** |
| | **DEFENDANTS SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. AND SCI WESTERN MARKET SUPPORT CENTER, L.P.'S** *AMENDED* **NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED), AND MOTION TO DISMISS OR STRIKE PORTIONS OF AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR FRCP 12(f)** |
| Plaintiffs, | |
| vs. | |
| SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P. JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS, | Date:      April 25, 2008<br>Time:      9:00 a.m.<br>Dept:      10<br><br>Trial Date:   NONE SET |
| Defendants. | |

**DEFENDANTS'** *AMENDED* **MOTION TO DISMISS AMENDED COMPLAINT**            1
Case No.:  08-01190 SI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This motion was previously noticed before Judge Jeffry S. White, and has since been reassigned to Judge Susan Illston pursuant to her attached March 11, 2008 Related Case Order. Pursuant to the Order, the hearing date to have this motion heard by Judge White has been vacated, and is now being renoticed to be heard by Judge Illston.

Therefore, please on April 25, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 10 of the United States District Court, Northern District of California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California, Defendants SCI Funeral And Cemetery Purchasing Cooperative, Inc. ("COOP") and SCI Western Market Support Center, L.P. ("Western Market Support") (hereafter collectively referred to as the "Moving Defendants") will move the Court for an order to dismiss the Amended Complaint based on Plaintiffs' failure to state a claim upon which relief can be granted (FRCP 12(b)(6).) In addition, Moving Defendants will move the Court for an order dismissing or striking the class action allegations in the Amended Complaint pursuant to FRCP 12(b)(6) or FRCP 12(f).

Dated:   March 14, 2008.                    GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants
SCI FUNERAL AND CEMETERY
PURCHASING COOPERATIVE, INC., and
SCI WESTERN MARKET SUPPORT
CENTER, L.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05696 SI       Bryant et al v. Alderwoods Group, Inc. Et al

C 08-01190 JSW      Bryant et al v. Service Corporation International et al

I find that the above case is related to the case assigned to me. ___SI___

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: _____3/11/08_       _Susan Illston_
                             Judge Susan Illston

-1-