Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile:  (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, and CURTIS BRIGGS,<br><br>Defendants. | Case No. CV 08-1190 SI<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (Docket Nos. 6 and 9) and DEFENDANT'S MOTION FOR ATTORNEY FEES AND STAY (Docket No. 21)** |

PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME         Case No. CV 08-1190 SI

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin Cordello, NY Attorney No. 4131447
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

## NOTICE OF MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs will and hereby do administratively move for an Order for an extension of time to respond to Defendants' First Motion to Dismiss Amended Complaint filed by SCI Funeral & Cemetery Purchasing Cooperative, Inc., and SCI Western Market Support Center, L.P. (Docket No. 6), Defendants' First Motion to Dismiss Amended Complaint filed by Service Corporation International, SCI Eastern Market Support Center, L.P., Gwen Petteway, Curtis Briggs, SCI Houston Market Support Center, L.P., Jane D. Jones and Thomas Ryan (Docket No. 9) and Defendant Service Corporation International's First Motion for Attorney Fees and First Motion to Stay (Docket No. 21) (collectively, "Defendants' Motions") pursuant to FRCP 6 and Local Rules 6-1 and 7-11. This Motion is based on this Administrative Motion, the Declaration of Annette Gifford and Proposed Order filed herewith, all records and files in this case, and the arguments, if any, of counsel.

## PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME

The instant motion should be granted in light of plaintiffs' motion to remand, filed March 24, 2008 (Docket No. 34), because the issue of this Court's subject matter jurisdiction over the instant matter must be decided before this Court may properly consider Defendants' Motions. Until that motion for remand is decided, it would be an inefficient use of judicial resources, as well as the parties' resources, for those motions to be briefed and argued.

The instant action is a class action lawsuit brought by current and former employees of defendants who worked at funeral locations managed by defendants for violations of various state wage and hour laws, as well as other state laws. The instant action was commenced in the Superior Court in the State of California for the County of Alameda on December 5, 2007 and was removed to Federal District Court for the Northern District of California on February 28, 2008. Defendants removed this case to Federal Court based solely on alleged original jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2).

On March 24, 2008, plaintiffs filed a Motion for Remand, asserting that the jurisdictional requirements of CAFA have not been met and the instant action should be remanded to state court. Prior to plaintiffs' Motion for Remand, on March 5, 2008, Defendants' Motions were filed and set for a hearing on April 25, 2008. Currently, plaintiffs' responses to Defendants' Motions are due April 4, 2008. Plaintiffs request an extension of their time to respond to Defendants' Motions to 14 days after this Court's resolution of plaintiffs' motion for remand, should this court retain jurisdiction.

On March 25, 2008, plaintiffs' counsel met and conferred with defendants' counsel by telephone to determine whether the parties could reach a stipulated agreement regarding plaintiffs' requested extension. At that time, defendants' counsel indicated that defendants will object to plaintiffs' request. Although defendants indicated they would agree to an extension which scheduled the hearing of Defendants' Motions for the same date as plaintiffs' Motion for Remand, plaintiffs continue to believe that such a schedule would be an inefficient use of judicial resources as it would require the Court and the parties to

2

prepare for argument regarding Defendants' Motions prior to the time the Court rules regarding plaintiffs' Motion for Remand.

Plaintiffs' request is in the interest of judicial economy, as this Court should first determine whether it may exercise subject matter jurisdiction over this action before the parties fully brief and the Court considers Defendants' Motions.

Respectfully Submitted,
ROSEN, BIEN & GALVAN, LLP

Date: March 25, 2008            By: */s/ Maria V. Morris*

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin Cordello, NY Attorney No. 4131447
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs