Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, and CURTIS BRIGGS,<br><br>　　　　　　Defendants. | Case No. CV 08-1190 SI<br><br>**[PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (Docket Nos. 6 and 9) and DEFENDANTS' MOTION FOR ATTORNEY FEES AND STAY (Docket No. 21)** |

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin Cordello, NY Attorney No. 4131447
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

[PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND          Case No. CV 08-1190 SI

1
2   Good cause appearing, plaintiffs' administrative motion for an extension of time is
3   hereby granted and plaintiffs' time to respond to each of Defendants' First Motion to
4   Dismiss Amended Complaint filed by SCI Funeral & Cemetery Purchasing Cooperative,
5   Inc. and SCI Western Market Support Center, L.P. (Docket No. 6), Defendants' First
6   Motion to Dismiss Amended Complaint filed by Service Corporation International, SCI
7   Eastern Market Support Center, L.P., Gwen Petteway, Curtis Briggs, SCI Houston Market
8   Support Center, L.P., Jane D. Jones and Thomas Ryan (Docket No. 9) and Defendant
9   Service Corporation International's First Motion for Attorney Fees (Docket No. 21) is
10  hereby extended until fourteen (14) days after the Court's ruling regarding plaintiffs'
11  Motion for Remand (Docket No. 34).
12
13  Dated: _____      _____
14                                    Honorable Susan Illston
15                                    United States District Court

[PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND          Case No. CV 08-1190 SI