STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone      (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P. SCI WESTERN
MARKET SUPPORT CENTER, L.P., SCI
HOUSTON MARKET SUPPORT CENTER, L.P.,
JANE D. JONES, GWEN PETTEWAY, THOMAS
RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>    Defendants. | CASE NO. 3:08-CV-01190 SI<br><br>DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (DOCKET NOS. 6 AND 9) AND DEFENDANT'S MOTION FOR ATTORNEY FEES AND STAY (DOCKET NO. 21) |

Pursuant to Local Rule 6-3(c), Defendants Service Corporation International ("SCI"), SCI Funeral And Cemetery Purchasing Cooperative, Inc., ("SCI Coop"), SCI Eastern Market Support

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME                                                                                                                                         1
Case No.: 3:08-CV-01190 SI

Center, L.P. ("SCI Eastern Market Support"), SCI Western Market Support Center, L.P. A/K/A SCI Western Market Support Center, Inc. ("SCI Western Market Support"), SCI Houston Market Support Center, L.P. (SCI Houston Market Support"), Jane D. Jones ("Jones"), Gwen Petteway ("Petteway"), Thomas Ryan ("Ryan") and Curtis Briggs ("Briggs") (collectively "Defendants"), submit the following Opposition to Plaintiffs' Administrative Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss (Docket Nos. 6 and 9) and Defendant's Motion for Attorney Fees and Stay (Docket No. 21):

## I.   INTRODUCTION

This Court has before it three separate cases filed by Plaintiffs' counsel, all of which the Court has determined are related: *Bryant et al. v. Alderwoods Group et al.*, No. CV 07-05696 SI (hereinafter referred to as "*Bryant I*"); the instant action, *Bryant et al. v. Service Corporation International et al.*, No. CV 08-1190 SI (hereinafter referred to as "*Bryant II*"); and *Helm v. Alderwoods Group et al.*, No. CV 08-1184 SI (hereinafter referred to as "*Helm*.") As discussed below, motions to dismiss have now been filed by the Defendants in all three cases, and Plaintiffs have moved to remand the two matters which Defendants removed from Alameda County Superior Court: *Bryant II* and *Helm*.

In their Administrative Motions[1], plaintiffs ask the Court to hold separate hearings, on different dates, on the Plaintiffs' remand motions and (assuming those motions are denied) on the Defendants' motions to dismiss in *Bryant II* and *Helm*. For the reasons set forth below, the Court should reject plaintiffs' requests on the grounds that the interests of judicial economy would best be served by holding a single hearing on May 9, 2008 which addresses all motions that have been filed in all of the related cases. Alternatively, Defendants respectfully suggest that the Court set the date for this hearing at the April 7, 2008 Case Management Conference in *Bryant I*, after it decides which of these related cases should be transferred to another federal district court.

///

///

---

[1] The plaintiffs in the *Helm* action have filed a nearly identical administrative motion (*Helm* Docket No. 31.)

## II. Procedural Posture Of The Three Related Cases Before The Court

### A. *Bryant I*

*Bryant I* was originally filed in this Court. Defendants' motions to dismiss were filed on March 27, 2008 (*Bryant I* Docket Nos. 43 and 47) and have been set for hearing on May 9, 2008. As noted above, the Court has scheduled a Case Management Conference in this matter for April 7, 2008 (*Bryant I* Docket No. 39.) In advance of that conference, the Court is requiring counsel for the parties to submit (by March 28, 2008) a joint statement "informing the Court of the status and background of all pending and closed wage-related cases, in both state and federal court, brought by plaintiffs or similarly situated plaintiffs against these defendants." Also in that joint statement, counsel must "show cause why case numbers 07-5696 [*Bryant I*] and 08-1190 [*Bryant II*] should not be transferred to the Western District of Pennsylvania, where a federal judge has been overseeing a nearly identical case." (*See* "Order to Show Cause," *Bryant I* Docket No. 32.) Counsel will file the required joint statement by the March 28, 2008 deadline.

### B. *Bryant II*

Defendants' motions to dismiss and SCI's motion for attorney fees/stay in *Bryant II* are currently set for hearing before this Court on April 25, 2008, and plaintiff's motion to remand that case to state court is scheduled to be heard on May 9, 2008. (*Bryant II* Docket Nos. 29-31.)

### C. *Helm*

Defendants' motions to dismiss and Alderwoods'/SCI's motion for attorney fees/stay in *Helm* are likewise set for hearing before this Court on May 9, 2008. (*Helm* Docket Nos. 40 - 42.)[2] Plaintiffs' motion to remand this action to state court was initially set for hearing before this Court on May 9, 2008. However, this was done while the case was still pending before Judge White. Upon being advised of this error, Plaintiffs' re-noticed their remand motion before Judge White with a hearing date of May 16, 2008. (*Helm* Docket No. 37.) Now that the case has been deemed related and reassigned to this Court (*Helm* Docket No. 39), plaintiffs' counsel has re-noticed the remand motion for May 9, 2008 in this Court. (*Helm* Docket No. 43.)

---

[2] The only exception is Defondant Paul Houston, whose motion to dismiss will be filed on March 28, 2008 and also set for hearing on May 9, 2008.

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME
Case No.: 3:08-CV-01190 SI

3

### III. Judicial Economy Would Best Be Served By Holding A Single Hearing On All Motions To Remand And All Motions To Dismiss In The Three Related Cases

Although Defendants agree that it is appropriate for the Court to rule on Plaintiffs' motions to remand this before it decides the Defendants' motions to dismiss and motions for attorney fees/stay, they strongly disagree that the interests of judicial economy or the convenience of the parties and their counsel would best be served by holding the *hearings* on those various motions on different days. Rather, the most efficient thing to do would be to hold a single hearing on all three related cases, which addresses all pending motions. Under this common practice, the Court would take all of the matters under submission and rule first on the remand motions. If it found that remand was inappropriate in any particular case, it would then rule on the related motions to dismiss and (in *Bryant II* and *Helm*) motion for attorney fees and stay. There is simply no need for the court to hold multiple hearings on these motions. Likewise, it would be impractical to expect the parties' respective counsel, who are scattered throughout the United States[3], to appear make two separate appearances before the Court when only one is necessary.

Notably, on March 25, 2008, defense counsel met and conferred with Plaintiffs' counsel on this issue and offered to stipulate that (with the Court's approval) the hearings on all motions be moved to May 9, 2008, which is the date that most of them are presently scheduled to be heard. However, Plaintiffs' counsel rejected that proposal and proceeded to file the instant administrative motions.

Defendants remain ready and willing to hold all hearings on May 9, 2008. Alternatively, Defendants respectfully suggest that the court set the date for these hearings at the April 7, 2008 Case Management Conference in *Bryant I,* where it is expect to consider whether to transfer all of these cases to another federal district court.

///

---

[3] According to the pleadings filed in the related cases, Plaintiffs' counsel's offices are located in San Francisco, California, Rochester, New York and Pittsburg, Pennsylvania, whereas Defendants' counsel's office is in Roseville, California

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME

Case No.: 3:08-CV-01190 SI

4

## IV.  CONCLUSION

Based on the foregoing, Defendants respectfully request that the Plaintiffs' motion be denied.

Dated:  March 27, 2008

GURNEE & DANIELS LLP

By  /s/ Nicholas Forestiere

STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants
SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS