1 | Dated: March 28, 2008

3 | Respectfully submitted,

5 | By: ___/s/_____  By: ___[signature]_____
    Sanford Jay Rosen                Steven Hazard Gurnee
    Maria V. Morris                  David Merrill Daniels
    Lori E. Rifkin                   John A. Mason
    ROSEN BIEN & GALVAN, LLP         Nicholas Pierre Forestiere
    315 Montgomery Street, 10th Floor   GURNEE & DANIELS LLP
    San Francisco, CA 94104          2240 Douglas Blvd, Suite 150
    Telephone: 415-433-6830          Roseville, CA 95648
    Facsimile: 415-433-7104          Telephone: 916-797-3100
                                     Facsimile: 916-797-3131

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

Counsel for Defendants

J. Nelson Thomas
Patrick J. Solomon
Michael J. Lingle
Annette Gifford
Justin Cordello
Dolin, Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607
Telephone: 585-272-0540
Facsimile: 585-272-0574

Charles H. Saul
Liberty J. Weyandt
Kyle T. McGee.
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: 412-281-4256
Facsimile: 412-642-2380

Counsel for Plaintiffs