1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Following Page]

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CLAUDE BRYANT, et al.,                    ) Case Nos.  C 07-5696-SI, C 08-1190-SI,
   on behalf of themselves and all employees ) C 08-1184-SI
12 similarly situated                        )
                                             )
13          Plaintiffs,                      ) **APPLICATION FOR ADMISSION**
                    - vs -                    ) **OF ATTORNEY J. NELSON**
14                                           ) **THOMAS *PRO HAC VICE***
   ALDERWOODS GROUP, INC., et al.,           )
15                                           )
            Defendants.                      )
16 _____ )

17 CLAUDE BRYANT, et al.,                    )
   on behalf of themselves                   )
18 and all employees similarly situated,     )
                                             )
19          Plaintiffs,                      )
                    - vs -                    )
20                                           )
   SERVICE CORPORATION INTERNATIONAL, )
21 et al.,                                   )
                                             )
22          Defendants.                      )
   _____ )

23 WILLIAM HELM, et al.,                     )
   on behalf of themselves and all employees )
24 similarly situated,                       )
                                             )
25          Plaintiffs,                      )
                    - vs -                    )
26                                           )
   ALDERWOODS GROUP, INC., et al.,           )
27                                           )
            Defendants.                      )
28 _____ )

---

APPLICATION FOR ADMISSION OF ATTORNEY J. NELSON THOMAS PRO HAC VICE -
Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1

2

Additional Attorneys for Plaintiffs, who will
submit applications for admission *pro hac vice*:

3

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660

4

Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP

5

693 East Avenue

6

Rochester, NY 14607
Telephone: (585) 272-0540

7

Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Civil Local Rule 11-3, J. NELSON THOMAS, a partner in the law firm

2    of Dolin, Thomas & Solomon LLP, and an active member in good standing of the Bar of

3    the State of New York (Bar No. 2579159) and the United States District Courts for the

4    Northern and Western Districts of New York, hereby applies for admission to practice in

5    the Northern District of California on a *pro hac vice* basis to represent Plaintiffs in the

6    three above-entitled actions, all of which have been determined to be related.

7        In support of this application, I certify that:

8        1.    I am an active member in good standing of a United States Court or of the

9    highest court of another State or the District of Columbia, as indicated above;

10       2.    I agree to abide by the Standards of Professional Conduct set forth in Civil

11   Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

12   become familiar with the Local Rules and the Alternative Dispute Resolution programs of

13   this Court; and,

14       3.    An attorney who is a member of the bar of this Court in good standing and

15   who maintains an office within the State of California has been designated as co-counsel in

16   the three above-entitled actions.  The name, address and telephone number of those

17   attorneys are:

18           Sanford Jay Rosen, State Bar No. 62566
                 Maria V. Morris, State Bar No. 223903
19           Lori E. Rifkin, State Bar No. 244081
                 315 Montgomery Street, Tenth Floor
20           San Francisco, CA 94104
                 Telephone: (415) 433-6830

21       I declare under penalty of perjury that the foregoing is true and correct, and that this

22   declaration has been executed this 28th day of March, 2008, at Rochester, NY.

23   Dated: March 28, 2008

24                               By: _____

25                                   J. Nelson Thomas

26

27

28

1

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

Attorneys for Plaintiffs

RECEIVED
APR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,

Plaintiffs,

- vs -

ALDERWOODS GROUP, INC., et al.,

Defendants.

Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS *PRO HAC VICE***

CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,

Plaintiffs,

- vs -

SERVICE CORPORATION INTERNATIONAL, et al.,

Defendants.

WILLIAM HELM, et al., on behalf of themselves and all employees similarly situated,

Plaintiffs,

- vs -

ALDERWOODS GROUP, INC., et al.,

Defendants.

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS PRO HAC VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1       J. Nelson Thomas, an active member in good standing of the Bar of the State of

2 New York and the United States District Courts for the Northern and Western Districts of

3 New York, whose business address and telephone number is:

4       DOLIN, THOMAS & SOLOMON LLP
        693 East Avenue
5      Rochester, New York 14607
        Telephone: (585) 272-0540
6      Facsimile: (585) 272-0574

7

8       having applied in the three above-entitled actions, all of which have been

9 determined to be related, for admission to practice in the Northern District of California on

10 a *pro hac vice* basis, representing Plaintiffs.

11       IT IS HEREBY ORDERED that the application is granted, subject to the terms and

12 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

13 appearance *pro hac vice*. Service of papers upon and communication with co-counsel

14 designated in the application will constitute notice to the party. All future filings in this

15 action are subject to the requirements contained in General Order, No.45, *Electronic Case*

16 *Filing*.

17

18 DATED:

19

20                Honorable Susan Illston
                  United States District Judge

21

22

23

24

25

26

27

28

1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017858
Cashier ID: almaceh
Transaction Date: 04/07/2008
Payer Name: rosen bien and galvan
-----------------------------------
PRO HAC VICE
 For: J N THOMAS
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 32270
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1190 SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```