Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

Attorneys for Plaintiffs

RECEIVED APR 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>ALDERWOODS GROUP, INC., et al.,<br>Defendants. | Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS *PRO HAC VICE*** |
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>SERVICE CORPORATION INTERNATIONAL, et al.,<br>Defendants. | |
| WILLIAM HELM, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>ALDERWOODS GROUP, INC., et al.,<br>Defendants. | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS PRO HAC VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1   J. Nelson Thomas, an active member in good standing of the Bar of the State of
2   New York and the United States District Courts for the Northern and Western Districts of
3   New York, whose business address and telephone number is:

   DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
   Rochester, New York 14607
   Telephone: (585) 272-0540
   Facsimile: (585) 272-0574

8   having applied in the three above-entitled actions, all of which have been
9   determined to be related, for admission to practice in the Northern District of California on
10  a *pro hac vice* basis, representing Plaintiffs.
11      IT IS HEREBY ORDERED that the application is granted, subject to the terms and
12  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
13  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
14  designated in the application will constitute notice to the party. All future filings in this
15  action are subject to the requirements contained in General Order, No.45, *Electronic Case*
16  *Filing*.

DATED:

_____
Honorable Susan Illston
United States District Judge

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI