1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS p. FORESTIERE, ESQ. SB#125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
   Telephone    (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants
   SERVICE CORPORATION INTERNATIONAL,
6  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
7  SUPPORT CENTER, L.P. SCI WESTERN MARKET
   SUPPORT CENTER, L.P. a/k/a SCI WESTERN
8  MARKET SUPPORT CENTER, INC., SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P. JANE D. JONES,
   GWEN PETTEWAY, THOMAS RYAN and CURTIS
10 BRIGGS

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         (SAN FRANCISCO DIVISION)
14

15 | CLAUDE BRYANT, JOSEPH BIERNACKI, | Case No. C 08-1190 SI |
   | GORDON FARMER, RHEALYN HOLLAND, | Class Action |
16 | JAMES STICKLE, ELEANOR RIGGIO, | |
   | FRANK ACCUNA, RICHARD | DEFENDANTS SERVICE CORPORATION |
17 | LAMASTERS, KENNETH ALLEN, CRAIG | INTERNATIONAL, SCI FUNERAL AND |
   | FULCHER, SANFORD LEVINE and | CEMETERY PURCHASING |
18 | THOMAS THOMPSON, on behalf of | COOPERATIVE, INC., SCI EASTERN |
19 | themselves and all other employees and former | MARKET SUPPORT CENTER, L.P. SCI |
   | employees similarly situated, | WESTERN MARKET SUPPORT CENTER, |
20 | | L.P. a/k/a SCI WESTERN MARKET |
   | | SUPPORT CENTER, INC., SCI HOUSTON |
21 | Plaintiffs, | MARKET SUPPORT CENTER, L.P. JANE |
   | vs. | D. JONES, GWEN PETTEWAY, THOMAS |
22 | | RYAN and CURTIS BRIGGS' NOTICE OF |
   | | MOTION AND MOTION TO TRANSFER |
23 | SERVICE CORPORATION | PURSUANT TO 28 U.S.C.A. § 1404(a) |
   | INTERNATIONAL, SCI FUNERAL AND | |
24 | CEMETERY PURCHASING | |
   | COOPERATIVE, INC., SCI EASTERN | |
25 | MARKET SUPPORT CENTER, L.P. SCI | |
   | WESTERN MARKET SUPPORT CENTER, | Date:    June 20, 2008 |
26 | L.P. a/k/a SCI WESTERN MARKET | Time:    9:00 a.m. |
   | SUPPORT CENTER, INC., SCI HOUSTON | Dept:    10 |
27 | MARKET SUPPORT CENTER, L.P. JANE D. | |
28 | JONES, GWEN PETTEWAY, THOMAS | Trial Date:    NONE SET |

**DEFENDANTS' MOTION TO TRANSFER**                                              1
Case No.: 08-01190 SI

| | |
|---|---|
| 1 | RYAN and CURTIS BRIGGS, ) |
| | ) |
| 2 |         Defendants. ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT on June 20, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 10 of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Ave, San Francisco, California, Defendants Service Corporation International ("SCI"), SCI Funeral and Cemetery Purchasing Cooperative, Inc. ("COOP"), SCI Eastern Market Support Center, L.P. ("Eastern Market Support"), SCI Western Market Support Center ("Western Market Support"), SCI Houston Market Support Center, L.P. ("Houston Market Support") Jane D. Jones ("Jones"), Gwen Petteway ("Petteway"), Thomas Ryan ("Ryan") and Curtis Briggs ("Briggs") (hereinafter collectively referred to as the "Moving Defendants") will move the Court pursuant to 28 U.S.C. 1404(a) for an order to transfer venue of this action to the United States District Court for the Phoenix Division of Arizona where the related action of *Stickle et al. v. SCI Western Market Support Center, L.P.*, Case No. 08-CV-83 ("*Stickle*") is pending.

    This motion to transfer this action is made up on the grounds the transfer of venue of this action to the Arizona District Court district is a venue where this action might have been brought, and is for convenience of the parties and witnesses and in the interest of justice.

    This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth below, the accompanying Request for Judicial Notice, and the pleadings, records and files in this action, the related actions commonly known as *Bryant I, Helm, Prise I and II, and Stickle* as identified in this Motion and Request for Judicial Notice, and upon such other and further evidence and argument as may be presented at the time of the hearing.

Dated: May 16, 2008                            GURNEE & DANIELS LLP

                                                       By   /s/
                                                           STEVEN H. GURNEE, ESQ.
                                                           DAVID M. DANIELS, ESQ.
                                                           NICHOLAS P. FORESTIERE, ESQ.
                                                          Attorneys for Defendants

I hereby certify that on the 15th day of May, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maria V. Morris
mmorris@rbg-law.com

Lori Rifkin
lrifkin@rbg-law.com

Sanford J. Rosen
srosen@rbg-law.com

and by mail to:

Justin Cordello
Annette Gifford
Michael J. Lingle
Patrick J. Solomon
J. Nelson Thomas
Dolin Thomas & Solomon LLP
693 East Ave.
Rochester, NY  14607

Kyle T. McGee
Charles H. Saul
Liberty J. Weyandt
Margolis Edelstein
525 William Penn Pl, Ste. 3300
Pittsburg, PA  15219

_____
Deseree C. Rosebrock