IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Bryant,

        Plaintiff,

v.

Service Corp.,

        Defendant.
                                     /

No. C 08-01190 SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to transfer (#57) has been continued to Friday, July 25, 2008, at 9:00 a.m.

The initial case management conference has also been continued to Friday, July 25, 2008, at 2:00 p.m. A joint case management conference statement must be filed one week prior to the conference.

ated: May 20, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk