```
1  STEVEN H. GURNEE, ESQ. SB# 66056
2  DAVID M. DANIELS, ESQ. SB# 170315
   NICHOLAS P. FORESTIERE, ESQ. SB# 125118
3  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
4  Roseville, CA  95661-3805
   Telephone    (916) 797-3100
5  Facsimile    (916) 797-3131
6

7  Attorneys for Defendants
8
   SERVICE CORPORATION INTERNATIONAL,
9  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
10 SUPPORT CENTER, L.P. SCI WESTERN
   MARKET SUPPORT CENTER, L.P., SCI
11 HOUSTON MARKET SUPPORT CENTER, L.P.,
   JANE D. JONES, GWEN PETTEWAY, THOMAS
12 RYAN and CURTIS BRIGGS
13
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> SERVICE CORPORATION INTERNATIONAL et al. <br><br> Defendants. | CASE NO.  3:08-CV-01190 SI <br><br> DECLARATION OF NICHOLAS P. FORESTIERE RE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE |

I, Nicholas P. Forestiere, declare as follows:

DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE

1

Case No.: 3:08-CV-01190 SI

1.     I am an attorney at law, duly licensed to practice before the U.S. District Court for the Northern District of California, and I am an associate with the law firm of Gurnee & Daniels LLP, counsel of record for the defendants in this action. I submit this Declaration in support of Defendants' Motion to Continue the Initial Status Conference in this matter. The facts contained herein are based on my own personal knowledge, and if called to do so, I could and would competently testify to their truth.

2.     The Initial Case Management Conference in this matter is presently scheduled to be held on July 25, 2008 at 2:00 p.m.. That same day (at 9:00 a.m.), the Court will hear the Defendants' motion to transfer this action to the U.S. District Court of Arizona. (Docket Nos. 57-59.)

3.     In advance of the Initial Case Management Conference, the parties are required by the Court's Standing Order re: Contents of Joint Case Management Statement ("Standing Order") to meet and confer and submit a joint case management statement (which includes a discovery plan pursuant to FRCP 26(f)) that addresses a multitude of issues. Many of these issues are distinct to proceedings held in this Court, such as compliance with particular local rules, expert disclosure dates, discovery cutoffs, class certification and other motion deadlines, and the proposed dates for the pretrial conference and trial. (*See* Standing Order, ¶¶ 5, 9, 12, 17 and 19; *see also* FRCP 26(f)(3).) If the Court transfers the case to the U.S. District Court in Arizona, I expect that many of these dates and deadlines will change due to the delay inherent in transferring the action to the U.S. District Court in Arizona, the transferee Court's own local rules and calendaring issues, and the schedules of local counsel for the parties.

4.     In light of the foregoing, Defendants believe that it would be in the interests of judicial economy to defer the Initial Case Management Conference in this case, as well as the related meet and confer, disclosure and joint statement deadlines, until the Court determines whether this case will, in fact, remain in California or be transferred to Arizona.

5.     On June 18, 2008, I spoke by telephone with Plaintiffs' counsel Annette Gifford, to see whether the parties could reach a stipulated agreement regarding Defendants' requested

DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE

2

Case No.: 3:08-CV-01190 SI

continuance of the Initial Case Management Conference and related deadlines. At that time, Plaintiffs' counsel indicated that Plaintiffs would object to Defendants' request. Defendants continue to believe that holding the Initial Case Management Conference before the court rules on Defendants' transfer motion would not be in the interest of judicial economy given the uniquely "local" issues that must be addressed at the conference.

6. There was one previous continuance of the Initial Status Conference, on the Court's own motion, from June 20, 2008 to the current date of July 25, 2008. (Docket No. 60.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on June 19, 2008 at Roseville, California.

_____
Nicholas P. Forestiere

DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE

3

Case No.: 3:08-CV-01190 SI