```
 1  STEVEN H. GURNEE, ESQ. SB# 66056
 2  DAVID M. DANIELS, ESQ. SB# 170315
    NICHOLAS P. FORESTIERE, ESQ. SB# 125118
 3  GURNEE & DANIELS LLP
    2240 Douglas Boulevard, Suite 150
 4  Roseville, CA  95661-3805
    Telephone    (916) 797-3100
 5  Facsimile    (916) 797-3131
 6
    Attorneys for Defendants
 7
 8  SERVICE CORPORATION INTERNATIONAL,
    SCI FUNERAL AND CEMETERY PURCHASING
 9  COOPERATIVE, INC., SCI EASTERN MARKET
    SUPPORT CENTER, L.P. SCI WESTERN
10  MARKET SUPPORT CENTER, L.P., SCI
    HOUSTON MARKET SUPPORT CENTER, L.P.,
11  JANE D. JONES, GWEN PETTEWAY, THOMAS
12  RYAN and CURTIS BRIGGS
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated, </br></br> Plaintiffs, </br> vs. </br></br> SERVICE CORPORATION INTERNATIONAL et al. </br></br> Defendants. | CASE NO. 3:08-CV-01190 SI </br></br> **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Good cause appearing, Defendants' Administrative Motion to Continue the Initial Case Management Conference in this matter is hereby granted and the Initial Case Management

DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL
STATUS CONFERENCE                                                                 1
Case No.: 3:08-CV-01190 SI

1  Conference current set for July 25, 2008 at 2:00 p.m. is hereby vacated. In the event the Court
2  denies Defendants' Motion to Transfer this action to the U.S. District Court of Arizona, Phoenix
3  Division (Docket Nos. 57-59), the Court will set a new date for the Initial Case Management
4  Conference. In the event the Court grants the aforementioned transfer motion, the date for the
5  Initial Case Management Conference will be determined by the transferee court.
6  **IT IS SO ORDERED.**
7
8
9  Dated:_____          _____
10                                          Honorable Susan Illston
                                            United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL
STATUS CONFERENCE                                                                2
Case No.: 3:08-CV-01190 SI