STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P. SCI WESTERN MARKET
SUPPORT CENTER, L.P., SCI HOUSTON MARKET
SUPPORT CENTER, L.P., JANE D. JONES,
GWEN PETTEWAY, THOMAS RYAN and
CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | CASE No. 3:08-cv-01190 SI<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States. My business address is 2240 Douglas Boulevard, Suite 150, Roseville, California 95661. I am employed in the County of Placer where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for

**CERTIFICATE OF SERVICE**                                                                                         1
Case No.: 3:08-CV-01190 SI

1  mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the
2  U.S. Postal Service the same day as the day of collection in the ordinary course of business.
3        On the date set forth below, following ordinary business practice, I served the foregoing
4  document(s) described as:

| |
|---|
| Defendants' Administrative Motion for Continuance of Initial Status Conference |
| Declaration of Nicholas P. Forestiere In Support of Defendants' Administrative Motion for Continuance of Initial Status Conference |
| [Proposed] Order Continuing Initial Case Management Conference |

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Annette Gifford
Nelson J. Thomas
693 East Avenue
Rochester, NY 14607

        I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on June 19, 2008, at Roseville, California.

*/s/ Candace Nelson*
CANDACE NELSON

**CERTIFICATE OF SERVICE**                                                    2
Case No.: 3:08-CV-01190 SI