1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, and CURTIS BRIGGS,<br><br>Defendants. | Case No. CV 08-1190 SI<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE (Docket Nos. 61-63)** |

1  Additional Attorneys for Plaintiffs:

2  J. Nelson Thomas (admitted *pro hac vice*)
   Patrick J. Solomon (admitted *pro hac vice*)
3  Annette Gifford (admitted *pro hac vice*)
   DOLIN, THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540
   Facsimile:  (585) 272-0574
6  nthomas@theemploymentattorneys.com

7

8  Additional Attorneys for Plaintiffs, who will
   submit applications for admission *pro hac vice*:
9
   Charles H. Saul, PA State Bar No. 19938
10 Liberty J. Weyandt, PA State Bar No. 87654
   Kyle T. McGee, PA State Bar No. 205661
11 MARGOLIS EDELSTEIN
   525 William Penn Place
12 Suite 3300
   Pittsburgh, PA 15219
13 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380
14 csaul@margolisedelstein.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF
INTIAL STATUS CONFERENCE
Case No. CV 08-1190 SI

**PRELIMINARY STATEMENT**

Plaintiffs, pursuant to Local Rule 7-11(b), submit this response in opposition to Defendants' Administrative Motion for Continuance of Initial Status Conference in this matter to a future date and time to be determined by this Court.

During a telephone conference with the parties on April 8, 2008, this Court set the Initial Case Management Conference ("CMC") in this case for June 20, 2008 at 2:00 p.m. and specifically ordered that any motions for transfer be filed so as to be heard that day as well (Docket Nos. 48, 49). Defendants filed their motion for transfer on May 16, 2008 and noticed the motion to be heard on June 20, 2008 (Docket No. 57). Subsequently, the Court reset the date of both the transfer motion hearing and the CMC for July 25, 2008 at 9:00 a.m. and 2:00 p.m., respectively (Docket No. 60). Defendants not only noticed their motion to be heard on the same date as the CMC, they also did not object to that scheduling either at the time of the initial order or the subsequent rescheduling. Defendants' current request to delay the CMC should be denied.

**ARGUMENT**

**Defendants Have Failed to Show Sufficient Good Cause for a Continuance of the Case Management Conference**

Defendants have failed to show that the scheduling of the motion for transfer and the CMC will result in judicial waste, even in the event the case is later transferred. To the contrary, having the parties meet and confer regarding the management of the case will promote judicial economy, as the parties will have discussed discovery and other pre-trial case management issues that will be relevant to this matter regardless of where it is ultimately heard. Rescheduling the CMC to a future date will only serve to further delay the proceedings of this case, thus resulting in judicial waste and inefficiency, should the Court deny transfer. Moreover, even in the event this matter is transferred, the parties will still need to address most, if not all, of the same case management issues, particularly with

PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INTIAL STATUS CONFERENCE
Case No. CV 08-1190 SI

1

regard to discovery, motions anticipated by the parties and class action certification issues.

In addition, Defendants had an opportunity to object to the scheduling of the CMC on the same day as the transfer motion hearing when the Court conferred with the parties regarding this scheduling on April 8, 2008. However, Defendants made no objections to the Court's scheduling in April or to the Court's subsequent rescheduling of the motion transfer hearing and CMC to July 25, 2008 via Notice filed on May 20, 2008 (Docket No. 60). Defendants should not now be heard to protest the current scheduling, having previously raised no objections to such scheduling when they had the opportunity to do so. Defendants have not raised any reasons for continuance of the CMC in their motion that they could not have raised with the Court at the time of the scheduling on April 8, 2008.

Finally, had this Court concluded that scheduling the CMC on the same day as the transfer motion hearing would result in judicial waste or inefficiency, it would not have ordered such scheduling in the first place. Accordingly, the Court's orders scheduling the CMC and motion transfer hearing for the same day should be upheld.

Plaintiffs respectfully submit that Defendants' Administrative Motion for Continuance of Initial Status Conference in this matter be denied and that the Initial Case Management Conference set for July 25, 2008 at 2:00 p.m. should occur as scheduled.

Date: June 24, 2008

> Respectfully Submitted,
> DOLIN, THOMAS & SOLOMON LLP
>
> By:     /s/ Annette Gifford
>
> J. Nelson Thomas (admitted *pro hac vice*)
> Patrick J. Solomon (admitted *pro hac vice*)
> Annette Gifford (admitted *pro hac vice*)
> 693 East Avenue
> Rochester, NY 14607
> Telephone: (585) 272-0540

PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INTIAL STATUS CONFERENCE
Case No. CV 08-1190 SI

2

| | |
|---|---|
|1| ROSEN, BIEN & GALVAN, LLP |
|2| Sanford Jay Rosen, State Bar No. 62566 |
| | Maria V. Morris, State Bar No. 223903 |
|3| Lori E. Rifkin, State Bar No. 244081 |
|4| 315 Montgomery Street, Tenth Floor |
| | San Francisco, CA 94104 |
|5| Telephone: (415) 433-6830 |
|6| MARGOLIS EDELSTEIN |
|7| Charles H. Saul, PA State Bar No.19938 |
| | Liberty J. Weyandt, PA State Bar No. 87654 |
|8| Kyle T. McGee, PA State Bar No. 205661 |
| | 525 William Penn Place, Suite 3300 |
|9| Pittsburgh, PA 15219 |
|10| Telephone: (412) 281-4256 |
|11| Attorneys for Plaintiffs |

PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INTIAL STATUS CONFERENCE
Case No. CV 08-1190 SI

3

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated, | Case No. CV 08-1190 SI  **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE (Docket Nos. 61-63)** |
| Plaintiffs, | |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, and CURTIS BRIGGS, | |
| Defendants. | |

[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF
INITIAL STATUS CONFERENCE
Case No. CV 08-1190 SI

1  Additional Attorneys for Plaintiffs:

2  J. Nelson Thomas (admitted *pro hac vice*)
   Patrick J. Solomon (admitted *pro hac vice*)
3  Annette Gifford (admitted *pro hac vice*)
   DOLIN, THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540
   Facsimile:  (585) 272-0574
6  nthomas@theemploymentattorneys.com

7  Additional Attorneys for Plaintiffs, who will
   submit applications for admission *pro hac vice*:
8

9  Charles H. Saul, PA State Bar No. 19938
   Liberty J. Weyandt, PA State Bar No. 87654
10 Kyle T. McGee, PA State Bar No. 205661
   MARGOLIS EDELSTEIN
11 525 William Penn Place
   Suite 3300
12 Pittsburgh, PA 15219
   Telephone: (412) 281-4256
13 Facsimile: (412) 642-2380
   csaul@margolisedelstein.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 [PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF
   INITIAL STATUS CONFERENCE
   Case No. CV 08-1190 SI

1  Finding no good cause therefore, Defendants' Administrative Motion for
2  Continuance of Initial Status Conference in this matter is hereby denied, and the Initial
3  Case Management Conference set for July 25, 2008 at 2:00 p.m. will take place as
4  scheduled (Docket No. 60).

6  Dated: _____

7  Honorable Susan Illston
   United States District Court

28 [PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF
   INITIAL STATUS CONFERENCE
   Case No. CV 08-1190 SI