|   |   |   |
|---|---|---|
| 1 | Sanford Jay Rosen, State Bar No. 62566 | |
| 2 | Maria V. Morris, State Bar No. 223903 | |
|   | Lori E. Rifkin, State Bar No. 244081 | |
| 3 | ROSEN, BIEN & GALVAN, LLP | |
|   | 315 Montgomery Street, Tenth Floor | |
| 4 | San Francisco, CA 94104 | |
|   | Telephone: (415) 433-6830 | |
| 5 | Facsimile:  (415) 433-7104 | |
|   | srosen@rbg-law.com | |

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) ) ) ) ) ) | Case No. CV 08-1190 SI  **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE** **(Docket Nos. 61-63)** |
| Plaintiffs, | ) | |
| v. | ) ) | |
| SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, and CURTIS BRIGGS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE
Case No. CV 08-1190 SI

Additional Attorneys for Plaintiffs:

J. Nelson Thomas (admitted *pro hac vice*)
Patrick J. Solomon (admitted *pro hac vice*)
Annette Gifford (admitted *pro hac vice*)
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

1  Finding no good cause therefore, Defendants' Administrative Motion for
2  Continuance of Initial Status Conference in this matter is hereby denied, and the Initial
3  Case Management Conference set for July 25, 2008 at 2:00 p.m. will take place as
4  scheduled (Docket No. 60).

Dated: _____  _____
                                Honorable Susan Illston
                                United States District Court

[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE
Case No. CV 08-1190 SI