United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## Northern District of California

Bryant,

Plaintiff(s),

v.

Service Corporation International,

Defendant(s).

08-01190 SI

**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: July 11, 2008

9                                    RICHARD W. WIEKING
                                     Clerk
10                                   by:    Lisa Salvetti

11

12                                   _____
                                     ADR Administrative Assistant
13                                   415-522-2032
                                     lisa_salvetti@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01190 SI                              -2-

**PROOF OF SERVICE**

Case Name:          Bryant v. Service Corporation International

Case Number:      08-01190 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>         ADR Program
>         United States District Court
>         Norther District of California
>         450 Golden Gate Avenue Floor 16
>         San Francisco, CA 94102

On July 11, 2008, I served a true and correct copy of:

>         **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>         David Merrill Daniels
>         Gurnee & Daniels LLP
>         2240 Douglas Blvd, #150
>         Roseville, CA 95648
>         david@gurneelaw.com
>
>         Steven Hazard Gurnee
>         Gurnee & Daniels LLP
>         2240 Douglas Boulevard
>         Suite 150
>         Roseville, CA 95661-3805
>         steve@gurneelaw.com
>
>         John A. Mason
>         Gurnee & Daniels LLP
>         2240 Douglas Blvd
>         Suite 150
>         Roseville, Ca 95661
>         john@gurneelaw.com
>
>         Nicholas Pierre Forestiere

2240 Douglas Blvd., Suite 150
Roseville, CA 95661
nicholas@gurneelaw.com

Lori Rifkin
Rosen, Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
lrifkin@rbg-law.com

Sanford Jay Rosen
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
srosen@rbg-law.com

Maria V. Morris
Rosen, Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
mmorris@rbg-law.com

Nelson J. Thomas
Dolin Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

J. Nelson Thomas
693 East Ave
Rochester, NY 14607
nthomas@theemploymentattorneys.com

Annette Gifford
Dolin Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Annette Gifford
693 East Ave
Rochester, NY 14607
agifford@theemploymentattorneys.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov