STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone      (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P. SCI WESTERN
MARKET SUPPORT CENTER, L.P., SCI
HOUSTON MARKET SUPPORT CENTER, L.P.,
JANE D. JONES, GWEN PETTEWAY, THOMAS
RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>        Defendants. | **CASE NO.  3:08-CV-01190 SI**<br><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR PROGRAM REQUIREMENTS** |

Plaintiffs CLAUDE BRYANT et al. (hereafter collectively referred to as "Plaintiffs") and

Defendants SERVICE CORPORATION et al. (hereafter collectively referred to as "Defendants")

hereby Stipulate by and through their respective counsel as follows:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR PROGRAM REQUIREMENTS**

Case No.:  3:08-CV-01190 SI

1

1.      Whereas on July 11, 2008, the Court issued a Notice Re: Noncompliance with Court Order (Docket No. 69) requiring counsel and each party to file an ADR Certification and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d);

2.      Whereas given the large number of both named plaintiffs and defendants involved in this purported class action and the fact that they reside throughout the United States, providing each party with the required ADR materials, discussing with each of them the available ADR options and arranging for them to execute ADR Certification forms will require a substantial amount of time and expense on the part of counsel;

3.      Whereas Defendants have moved to transfer this action from this Court to the U.S. District Court of Arizona, Phoenix Division (Docket Nos. 57-59), where the case of *Stickle et al. v. SCI Western Market Support et al.*, Case No. 08-CV-83 is currently pending;

4.      Whereas Defendants' transfer motion will be heard by the Court on July 25, 2008 at 9:00 a.m.;

5.      Whereas, if Defendants' transfer motion is granted and the case is thereupon transferred to the U.S. District Court of Arizona, the matter will no longer be subject to this Court's ADR Program;

6.      Whereas, if Defendants' transfer motion is denied, the Court and the parties may promptly address ADR issues at the initial Case Management Conference, which will be held on July 25, 2008 at 2:00 p.m.;

7.      Whereas, in light of the foregoing, counsel for plaintiffs and defendants agree that it would be in the interest of judicial economy to extend the deadline for counsel and the parties to

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR PROGRAM REQUIREMENTS**                                                   2

Case No.:  3:08-CV-01190 SI

comply with the aforementioned ADR requirements until after the Court has ruled on the defendants' motion to transfer the action to the U.S. District Court for Arizona;

IT IS HEREBY STIPULATED that, upon approval by the Court, the deadlines relative to filing ADR Certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference be postponed until after the Court has issued its ruling on Defendants' transfer motion, to a date to be determined by the Court at the initial Case

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR PROGRAM REQUIREMENTS**                                3

Case No.:  3:08-CV-01190 SI

Management Conference which will be held on July 25, 2008 at 2:00 p.m.

Dated: July 17, 2008

Respectfully submitted,


By: /s/ Annette Gifford                          By:    /s/ Nicholas P. Forestiere
  J. Nelson Thomas (*pro hac vice*)    Steven H. Gurnee
  Patrick J. Solomon (*pro hac vice*)   David M. Daniels
  Annette Gifford (*pro hac vice*)    John A. Mason
  Dolin, Thomas & Solomon LLP   Nicholas P. Forestiere
  693 East Avenue       GURNEE & DANIELS LLP
  Rochester, NY 14607      2240 Douglas Blvd, Suite 150
  Telephone:  585-272-0540    Roseville, CA 95648
  Facsimile:  585-272-0574    Telephone:  916-797-3100
              Facsimile:  916-797-3131
  Sanford Jay Rosen
  Maria V. Morris        Counsel for Defendants
  Lori E. Rifkin
  ROSEN BIEN & GALVAN, LLP
  315 Montgomery Street, 10th Floor
  San Francisco, CA 94104
  Telephone:  415-433-6830
  Facsimile:  415-433-7104

  Additional Attorneys for Plaintiffs, who
  will submit applications for admission
  *pro hac vice*:

  Charles H. Saul
  Liberty J. Weyandt
  Kyle T. McGee.
  MARGOLIS EDELSTEIN
  525 William Penn Place
  Suite 3300
  Pittsburgh, PA 15219
  Telephone:  412-281-4256
  Facsimile:  412-642-2380

  Counsel for Plaintiffs

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY
WITH ADR PROGRAM REQUIREMENTS**           4

Case No.:  3:08-CV-01190 SI