1  STEVEN H. GURNEE, ESQ. SB# 66056
2  DAVID M. DANIELS, ESQ. SB# 170315
   NICHOLAS P. FORESTIERE, ESQ. SB# 125118
3  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
4  Roseville, CA  95661-3805
5  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
6
7  Attorneys for Defendants

8  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
9  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P. SCI WESTERN
10 MARKET SUPPORT CENTER, L.P., SCI
11 HOUSTON MARKET SUPPORT CENTER, L.P.,
   JANE D. JONES, GWEN PETTEWAY, THOMAS
12 RYAN and CURTIS BRIGGS

13

14                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15

16

17 CLAUDE BRYANT, et al., on behalf of        )  CASE NO.  3:08-CV-01190 SI
   themselves and all other employees and former )
18 employees similarly situated,               )  **[PROPOSED] ORDER EXTENDING**
                                               )  **DEADLINE TO COMPLY WITH ADR**
19          Plaintiffs,                        )  **REQUIREMENTS**
                                               )
20     vs.                                     )
                                               )
21 SERVICE CORPORATION                         )
   INTERNATIONAL et al.                        )
22                                             )
                                               )
23          Defendants.                        )
                                               )
24                                             )
                                               )
25 _____        )

26
        Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to
27
   counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]
28
   **[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR**
   **REQUIREMENTS**                                                                  1

   Case No.:  3:08-CV-01190 SI

1  Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
2  L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
3  postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
4  the U.S. District Court of Arizona.  The court will set a new date for compliance with the
5  aforementioned ADR requirements at the time of the initial Case Management Conference which
6  will be held on July 25, 2008 at 2:00 p.m.

8  **IT IS SO ORDERED.**

11  Dated:_____                    _____
12                                              Honorable Susan Illston
                                                United States District Court

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
REQUIREMENTS                                                              2

Case No.:  3:08-CV-01190 SI