1  STEVEN H. GURNEE, ESQ. SB# 66056
2  DAVID M. DANIELS, ESQ. SB# 170315
   NICHOLAS P. FORESTIERE, ESQ. SB# 125118
3  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
4  Roseville, CA  95661-3805
5  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
6
7  Attorneys for Defendants
8  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
9  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P. SCI WESTERN
10 MARKET SUPPORT CENTER, L.P., SCI
11 HOUSTON MARKET SUPPORT CENTER, L.P.,
   JANE D. JONES, GWEN PETTEWAY, THOMAS
12 RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) | CASE NO.  3:08-CV-01190 SI |
|---|---|---|
| Plaintiffs, | ) ) ) | [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS |
| vs. | ) ) | |
| SERVICE CORPORATION INTERNATIONAL et al. | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
REQUIREMENTS                                            1

Case No.:  3:08-CV-01190 SI

1  Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
2  L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
3  postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
4  the U.S. District Court of Arizona. The court will set a new date for compliance with the
5  aforementioned ADR requirements at the time of the initial Case Management Conference which
6  will be held on July 25, 2008 at 2:00 p.m.

8  **IT IS SO ORDERED.**

11  Dated:_____   _____
12                                  Honorable Susan Illston
                                    United States District Court

28  [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
    REQUIREMENTS                                                      2

    Case No.:  3:08-CV-01190 SI