**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/25/08

Case No.   C-08-1190 and C-08-1184 SI          Judge:   SUSAN ILLSTON

Title: BRYANT  -v- SERVICE CORP.
HELM v. ALDERWOOD

Attorneys: P. Solomon, J. Thomas, J. Mason, N. Forestiere, M. Morris

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                         PART

Case continued to **8/29/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Defendant shall file any appropriate motions by 8/8/08.  The Court will set a briefing schedule and hearing on those motions at the next case management conference.