

1  Sanford Jay Rose, State Bar No. 62566
2  Maria V. Morris, State Bar No. 223903
3  Lori E. Rifkin, State Bar No. 244081
4  ROSEN, BIEN & GALVAN, LLP
5  315 Montgomery Street, Tenth Floor
6  San Francisco, CA 94104
7  Telephone: (415) 433-6830
8  Facsimile: (415) 433-7104
9  srosen@rbg-law.com

11 Attorneys for Plaintiffs

13 [Additional Counsel Listed on Following Page]

15 IN THE UNITED STATES DISTRICT COURT

17 FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG -7 PM 3: 54
[U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

| | |
|---|---|
| CLAUDE BRYANT, et al., | Case No. C 08-01190 SI |
| Plaintiffs, | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY CHARLES H. SAUL *PRO HAC VICE*** |
| SERVICE CORPORATION INTERNATIONAL, et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | Additional Attorneys for Plaintiffs: |
| 2 | |
| 3 | J. Nelson Thomas, NY Attorney No. 2579159 |
| 4 | Patrick J. Solomon, NY Attorney No. 2716660 |
| 5 | Annette Gifford, NY Attorney No. 4105870 |
| 6 | DOLIN, THOMAS & SOLOMON LLP |
| 7 | 693 East Avenue |
| 8 | Rochester, NY 14607 |
| 9 | Telephone: (585) 272-0540 |
| 10 | Facsimile: (585) 272-0574 |
| 11 | nthomas@theemploymentattorneys.com |
| 12 | |
| 13 | |
| 14 | MARGOLIS EDELSTEIN |
| 15 | Charles H. Saul, Esquire *(pending pro hac vice admission)* |
| 16 | Liberty J. Weyandt, Esquire *(pending pro hac vice admission)* |
| 17 | Kyle T. McGee, Esquire *(pending pro hac vice admission)* |
| 18 | 525 William Penn Place, Suite 3300 |
| 19 | Pittsburgh, PA 15219 |
| 20 | Telephone: (412) 281-4256 |
| 21 | Facsimile:(412) 642-2380 |
| 22 | csaul@margolisedelstein.com |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |

Pursuant to Civil Local Rule 11-3, CHARLES H. SAUL, a partner in the law firm of Margolis Edelstein, and an active member in good standing of the Bar of the Commonwealth of Pennsylvania (Bar No. 19938) and the U.S. Supreme Court, U.S. Court of Appeals for the Third Circuit and U.S. District Court of Western Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis to represent Plaintiffs in the above-entitled actions, both of which have been determined to be related.

In support of this application, I certify that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of those attorneys are:

>Sanford Jay Rosen, State Bar No. 62566
>Maria V. Morris, State Bar No. 223903
>Lori E. Rifkin, State Bar No.244081
>315 Montgomery Street, Tenth Floor
>San Francisco, CA 94104
>Telephone: (415) 433-6830

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration has been executed this 31st day of July, 2008, at Pittsburgh, PA.

Dated: July 31, 2008

By: _____
Charles H. Saul

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022197
Cashier ID: sprinka
Transaction Date: 08/07/2008
Payer Name: MARGOLIS EDELSTEIN
----------------------------------
PRO HAC VICE
 For: MARGOLIS EDELSTEIN
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
----------------------------------
CHECK
 Check/Money Order Num: 10394
 Amt Tendered:  $210.00
----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

08-1190SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

```
 1  Sanford Jay Rose, State Bar No. 62566
 2  Maria V. Morris, State Bar No. 223903
 3  Lori E. Rifkin, State Bar No. 244081
 4  ROSEN, BIEN & GALVAN, LLP
 5  315 Montgomery Street, Tenth Floor
 6  San Francisco, CA 94104
 7  Telephone: (415) 433-6830
 8  Facsimile: (415) 433-7104
 9  srosen@rbg-law.com
10
11  Attorneys for Plaintiffs
```

**RECEIVED**

AUG 07 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., | Case No. C 08-01190 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF CHARLES H. SAUL *PRO HAC VICE*** |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, et al., | |
| Defendants. | |

Charles H. Saul, an active member in good standing of the Bar of the Commonwealth of Pennsylvania and the U.S. Supreme Court, U.S. Court of Appeals for the Third Circuit and U.S. District Court of Western Pennsylvania and, whose business address and telephone number is:

MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

having applied in the above-entitled actions, all of which have been determined to be related, for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order, No. 45, *Electronic Case Filing*.

DATED: _____

Honorable Susan Illston
United States District Judge