STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P. SCI WESTERN
MARKET SUPPORT CENTER, L.P., SCI
HOUSTON MARKET SUPPORT CENTER, L.P.,
JANE D. JONES, GWEN PETTEWAY, THOMAS
RYAN and CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | No. C08-01190 SI<br><br>**DECLARATION OF GWEN PETTEWAY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:  TBD at 8/29/2008 CMC<br>Time:  TBD at 8/29/2008 CMC<br>Dept.: 10 |

I, Gwen Petteway, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

DECLARATION OF GWEN PETTEWAY RE MOTION TO DISMISS                              1
Case No. 08-01190 SI

1. I am a resident of Brazoria County, Texas.

2. I am employed by SCI Funeral and Cemetery Purchasing Cooperative, Inc., as a director of human resources. As such, I work with the SCI Houston Market Support Center, L.P. ("Houston Market Support") from its offices located in Houston, Texas. SCI Funeral and Cemetery Purchasing Cooperative, Inc. is a Delaware corporation which maintains its offices and principal place of business only in Houston, Texas.

3. I have never resided in the State of California.

4. I have never owned or operated a business in the State of California.

5. I have never been licensed to do business in the State of California.

6. I have never had an office in the State of California.

7. I have never been employed in the State of California.

8. I have never owned any real property in the State of California.

9. I have never maintained a bank account in the State of California.

10. I have never paid taxes in the State of California.

11. At no time have I ever actively managed any funeral establishment, cemetery or other local facility that is owned by a subsidiary of Service Corporation International.

12. At no time have I ever hired or terminated or supervised any of the plaintiffs nor any other employees of any funeral establishment, cemetery or other local facility that is owned by a subsidiary of Service Corporation International, including any such funeral establishments, cemeteries or other local facilities located in the State of California.

13. I have never had any ownership interest in SCI Western Market Support Center, L.P., SCI Eastern Market Support Center, L.P., SCI Houston Market Support Center, L.P., SCI Funeral And Cemetery Purchasing Cooperative, Inc., or any funeral establishments, cemeteries and other local facilities owned by any subsidiary of Service Corporation International.

14. I make this declaration based upon my own personal knowledge. If called upon to testify about the matters set forth herein, I could and would do so.

DECLARATION OF GWEN PETTEWAY RE MOTION TO DISMISS   2
Case No. 08-01190 SI

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

*Gwen Petteway*
GWEN PETTEWAY

DECLARATION OF GWEN PETTEWAY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT