STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone   (916) 797-3100
Facsimile   (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY
PURCHASING COOPERATIVE, INC., SCI
EASTERN MARKET SUPPORT CENTER, L.P.
SCI WESTERN MARKET SUPPORT CENTER,
L.P., SCI HOUSTON MARKET SUPPORT
CENTER, L.P., JANE D. JONES, GWEN
PETTEWAY, THOMAS RYAN and CURTIS
BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | No. C08-01190 SI<br><br>**DECLARATION OF JANET KEY IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND FRCP 12(b)(6)**<br><br>Date: TBD at 8/29/2008 CMC<br>Time: TBD at 8/29/2008 CMC<br>Dept.:   10 |

I, Janet Key, hereby specially appear in this matter in support of Service Corporation International's motion to dismiss the Amended Complaint and submit the following declaration under penalty of perjury:

1.   I am a resident of Cypress, Texas.

1

2. I am employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. as Senior Legal Assistant, and am also its Corporate Secretary. As part of my job duties, I am familiar with the corporate structure of Service Corporation International ("SCI").

3. SCI is a publicly held Texas corporation whose stock is traded on the New York Stock Exchange.

4. SCI has no employees; rather, it is a holding company only.

5. SCI's corporate headquarters and only offices are located in Houston, Texas.

6. SCI is not licensed and does not conduct any business in the State of California.

7. SCI is not party to any contracts, employment or otherwise, with any of the plaintiffs in this action.

8. SCI has never employed or supervised the employment of any of the plaintiffs herein.

9. SCI does not maintain an office nor held any bank accounts within the State of California.

10. SCI does not own any real property in the State of California.

11. SCI does not pay any taxes to the State of California.

12. SCI does not manage the business activities of any funeral establishment, cemetery or other local facility in the State of California that is owned or operated by any subsidiary of SCI.

13. SCI does not hire, supervise or terminate any employees of any funeral establishment, cemetery or other local facility within the State of California that is owned or operated by a subsidiary of SCI.

///
///
///
///

2

DECLARATION OF JANET KEY IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS

14. I make this declaration based upon my own personal knowledge. If called upon to testify about the matters set forth herein, I could and would do so.

I declare under penalty of perjury under the laws of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of FEBRUARY 2008, in Houston, Texas.

*/s/ Janet Key*
JANET KEY

DECLARATION OF JANET KEY IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS