1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131

5  Attorneys for Defendants

6  SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY
   PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER,
7  L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET
   SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and
8  CURTIS BRIGGS

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>　　　　　Defendants. | No.  C08-01190 SI<br><br>**DECLARATION OF LIANA JENSEN IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:  TBD at 8/29/2008 CMC<br>Time:  TBD at 8/29/2008 CMC<br>Dept.: 10 |

**DECLARATION OF LIANA JENSEN RE MOTION TO DISMISS**                    1
Case No. 08-01190 SI

I, Liana Jensen, hereby specially appear in this matter for the sole purpose of moving to dismiss the Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

1. I am currently employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. in the position of legal assistant. I have held his position since September 2003.

2. I am the legal assistant assigned to work on the above caption case. As part of my job responsibilities related that case, I obtained copies of the Plaintiffs' W-2's they received for their employment. Attached hereto as collectively as Exhibit 1 are true and correct copies of those documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

*Liana Jensen*
Liana Jensen

2

**DECLARATION OF LIANA JENSEN IN SUPPORT OF
MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**

**EXHIBIT 1**

| a Control number 0000040241 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code   SC2   623 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| e Employee's first name and initial    Last name JAMES W        STICKLE 4667 WEST 19TH PLACE YUMA, AZ 85364-0000 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | 11 Nonqualified plans | 12 a-d   D |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number AZ    0741907163 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

Form W-2   Wage and Tax Statement   2006   REISSUE

| a Control number 0000036780 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▮▮▮ | 2 Federal income tax withheld ▮▮▮ |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number ▮▮▮ | 3 Social security wages ▮▮▮ | 4 Social security tax withheld ▮▮▮ |
| c Employer's name, address, and ZIP code   SC2   533 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN  P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ▮▮▮ | 6 Medicare tax withheld ▮▮▮ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name  ELEANOR R   RIGGIO 8414 N. 80TH PL SCOTTSDALE, AZ 85258 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number  AZ  0741907163 | 16 State wages, tips, etc. ▮▮▮ | 17 State income tax ▮▮▮ | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

Form **W-2** Wage and Tax Statement **2006**     REISSUE

| a Control number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 0000075689 | | OMB No. 1545-0008 | ▓▓▓▓ | ▓▓▓▓ |
| b Employer identification number | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| 83-0344693 | ▓▓▓▓ | | ▓▓▓▓ | ▓▓▓▓ |

c Employer's name, address, and ZIP code    SC2    3

SCI FUNERAL & CEMETERY PURCHASING COOP I
AGENT FOR SCI ARIZONA FUN

P.O. BOX 130548
HOUSTON TX 77219-0548

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| ▓▓▓▓ | ▓▓▓▓ |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 a-d |
| 14 Other | |

e Employee's first name and initial    Last name

FRANK A    ACUNA
2810 S 1ST AV
#B
YUMA, AZ 85364-0000

f Employee's address and ZIP code

13 Statutory employee ☐   Retirement plan ☐   Third-Party Sick Pay ☐

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AZ | 0741907163 | ▓▓▓▓ | ▓▓▓▓ | | | |

Form **W-2**  Wage and Tax Statement  **2006**    REISSUE

| a Control number 0000086464 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code   SD4   233 <br> SCI FUNERAL & CEMETERY PURCHASING COOP I <br> AGENT FOR CALIFORNIA CEME <br> P.O. BOX 130548 <br> HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name <br><br> JOSEPH W          BIERNACKI <br> 189 ATHERTON AVE. <br> PITTSBURG, CA 94565-0000 | | | 11 Nonqualified plans | 12 a d     D |
| | | | 14 Other <br> CASDI | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐   Retirement plan ☒   Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number <br> CA   122-2859-9 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2**  Wage and Tax Statement    **2006**         **REISSUE**

| a Control number 0000111529 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ███ | 2 Federal income tax withheld ███ |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number ███ | | 3 Social security wages ███ | 4 Social security tax withheld ███ |
| c Employer's name, address, and ZIP code  SD4  1045 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips ███ | 6 Medicare tax withheld ███ |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name RHEALYN        HOLLAND 1011 YGNACIO VALLEY RO APT. 26 WALNUT CREEK, CA 94598 | | | | 11 Nonqualified plans | 12 a-d  D  ███ |
| | | | | 14 Other CASDI ███ | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number CA  122-2859-9 | 16 State wages, tips, etc. ███ | 17 State income tax ███ | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement  **2006**    **REISSUE**

| a Control number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 0000068800 | | | OMB No. 1545-0008 | ■■■ | ■■■ |
| b Employer identification number | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| 83-0344693 | | ■■■ | | ■■■ | ■■■ |
| c Employer's name, address, and ZIP code      SK6      77 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| SCI FUNERAL & CEMETERY PURCHASING COOP I | | | | ■■■ | ■■■ |
| AGENT FOR SCI IOWA FUNERA | | | | 7 Social security tips | 8 Allocated tips |
| P.O. BOX 130548 | | | | | |
| HOUSTON TX 77219-0548 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and Initial      Last name | | | | 11 Nonqualified plans | 12 a-d    C  ■■■ |
| RICHARD      LAMASTERS | | | | | |
| 1711 S. 3RD STREET | | | | 14 Other | D  ■■■ |
| MARSHALLTOWN, IA 50158-0000 | | | | | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☒ |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| IA | 42-1186703001 3 | ■■■ | ■■■ | | | |

Form **W-2**  Wage and Tax Statement   **2006**          REISSUE

| a Control number 0000050447 | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | OMB No. 1545-0008 | | |
| b Employer identification number 83-0344693 | | d Employee's social security number | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code<br><br>SCI FUNERAL & CEMETERY PURCHASING COOP I<br>AGENT FOR CALIFORNIA CEME<br><br>P.O. BOX 130548<br>HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name<br>                                     SD4         782<br><br>GORDON E          FARMER<br>151 SHADY LANE<br>VALLEJO, CA 94591-0000 | | | 11 Nonqualified plans | 12 a-d           D |
| | | | 14 Other<br>CASDI | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number<br>CA      005-0348-2 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2005**             REISSUE

| a Control number 0000076982 | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer Identification number 83-0344693 | | OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | d Employee's social security number | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| c Employer's name, address, and ZIP code SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI OREGON FUNE P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name | SQ2 | 49 | 11 Nonqualified plans | 12 a-d    D |
| KENNETH R    ALLEN PO BOX 2742 EUGENE, OR 97402-0000 | | | | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number OR  0002937-4 | 16 State wages, tips, etc | | tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2  Wage and Tax Statement  2004    REPLACEMENT COPY