1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB#125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendant
6  SERVICE CORPORATION INTERNATIONAL

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

11

12 CLAUDE BRYANT, JOSEPH BIERNACKI,  )   Case No. C08-01190 SI
   GORDON FARMER, RHEALYN HOLLAND,)
13 JAMES STICKLE, ELEANOR RIGGIO,    )   [PROPOSED] ORDER GRANTING
   FRANK ACCUNA, RICHARD             )   DEFENDANT SERVICE CORPORATION
14 LAMASTERS, KENNETH ALLEN, CRAIG   )   INTERNATIONAL'S MOTION FOR STAY
                                     )   OF THIS ACTION AND AWARD OF
15 FULCHER, SANFORD LEVINE and       )   ATTORNEY FEES AND COSTS
   THOMAS THOMPSON, on behalf of     )   PURSUANT TO FRCP 41(d)
16 themselves and all other employees and former )
   employees similarly situated,     )
17                                   )   Date:
                                     )   Time:
18           Plaintiffs,              )   Dept:   10
       vs.                           )
19                                   )
                                     )
20 SERVICE CORPORATION               )
   INTERNATIONAL, SCI FUNERAL AND    )
21 CEMETERY PURCHASING               )
   COOPERATIVE, INC., SCI EASTERN    )
22 MARKET SUPPORT CENTER, L.P. SCI   )
   WESTERN MARKET SUPPORT CENTER,    )
23 L.P. a/k/a SCI WESTERN MARKET     )
   SUPPORT CENTER, INC., SCI HOUSTON )
24 MARKET SUPPORT CENTER, L.P. JANE D.)
25 JONES, GWEN PETTEWAY, THOMAS      )
   RYAN and CURTIS BRIGGS,           )
26                                   )
                                     )
27           Defendants.              )
   _____ )
28
   [PROPOSED] ORDER GRANTING MOTION FOR STAY OF THIS ACTION AND         1
   AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)

   Case No.: 08-01190 SI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Service Corporation International's ("SCI") motion for an order, pursuant to FRCP 41(d), staying this action as to SCI and requiring plaintiffs to pay the sum of $35,532.23 to SCI in reimbursement of its attorney's fees and costs incurred in preparing its motion to dismiss in the matter of *Prise Et Al. V. Alderwoods Group, Inc. And Service Corporation International*, Case No. 07-CV-5140 MJJ ("*Prise II*") came on for hearing before this Court. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court:

IT IS HEREBY ORDERED that Defendant's motion is granted. The Court hereby orders that plaintiffs shall pay to SCI $35,532.23, and that this matter is stayed as to SCI pursuant to FRCP 41(d) until such time as plaintiffs have submitted to this Court satisfactory proof of payment to SCI in the amount of $35,532.23.

Dated:_____

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)

Case No.: 08-01190 SI

2