```
1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone      (916) 797-3100
4  Facsimile      (916) 797-3131

5  Attorneys for Defendants

6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN
8  MARKET SUPPORT CENTER, L.P., SCI
   HOUSTON MARKET SUPPORT CENTER, L.P.,
9  JANE D. JONES, GWEN PETTEWAY, THOMAS
   RYAN and CURTIS BRIGGS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAUDE BRYANT, JOSEPH BIERNACKI, GORDON FARMER, RHEALYN HOLLAND, JAMES STICKLE, ELEANOR RIGGIO, FRANK ACCUNA, RICHARD LAMASTERS, KENNETH ALLEN, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all other employees and former employees similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P. JANE D. JONES, GWEN PETTEWAY, THOMAS | Case No.  CV 08-1190 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. AND SCI WESTERN MARKET SUPPORT CENTER, L.P.'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED), FRCP 12(b)(1) (LACK OF SUBJECT MATTER JURISDICTION), FRCP 12(c) PARTIAL JUDGMENT ON THE PLEADINGS, AND TO STRIKE THE AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR FRCP 12(f)** |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, STRIKE,
JUDGMENT ON PLEADINGS                                                                                              1
Case No. 08-1190 SI

| | |
|---|---|
| 1 | RYAN and CURTIS BRIGGS,            ) |
| 2 | Defendants.                        ) |

Defendants SCI Funeral And Cemetery Purchasing Cooperative, Inc. and SCI Western Market Support Center, L.P.'s Motion came on for hearing before this Court. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.


Dated:_____          _____
                                        United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, STRIKE, JUDGMENT ON PLEADINGS
Case No. 08-1190 SI

2