1 | Sanford Jay Rose, State Bar No. 62566
2 | Maria V. Morris, State Bar No. 223903
3 | Lori E. Rifkin, State Bar No. 244081
4 | ROSEN, BIEN & GALVAN, LLP
5 | 315 Montgomery Street, Tenth Floor
6 | San Francisco, CA 94104
7 | Telephone: (415) 433-6830
8 | Facsimile: (415) 433-7104
9 | srosen@rbg-law.com
10 |
11 | Attorneys for Plaintiffs

**RECEIVED**

AUG 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., ) | Case No. C 08-01190 |
| ) | |
| Plaintiffs, ) | **[PROPOSED] ORDER** |
| ) | **GRANTING APPLICATION FOR** |
| ) | **ADMISSION OF CHARLES H.** |
| ) | **SAUL *PRO HAC VICE*** |
| v. ) | |
| ) | |
| SERVICE CORPORATION ) | |
| INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Charles H. Saul, an active member in good standing of the Bar of the Commonwealth of

Pennsylvania and the U.S. Supreme Court, U.S. Court of Appeals for the Third Circuit and U.S.

District Court of Western Pennsylvania and, whose business address and telephone number is:

MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

1   having applied in the above-entitled actions, all of which have been determined to be related,

3   for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

5   Plaintiffs.

7   IT IS HEREBY ORDERED that the application is granted, subject to the terms and

9   conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*

11  *hac vice*. Service of papers upon and communication with co-counsel designated in the application

13  will constitute notice to the party. All future filings in this action are subject to the requirements

15  contained in General Order, No. 45, *Electronic Case Filing*.

18  DATED:                          _____

19                                  Honorable Susan Illston
20                                  United States District Judge