STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB#125118
JOHN A. MASON, ESQ. SB# 166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., et al<br><br>Defendants.<br><br>CLAUDE BRYANT, et al.<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL, INC., et al<br><br>Defendants. | Case Nos. CV 08-01184 SI and CV 08-1190-SI<br><br>**DEFENDANTS' INITIAL RESPONSE TO PLAINTIFFS' REQUEST FOR DISCOVERY REGARDING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2)**<br><br>Date:  August 29, 2008<br>Time:  2:00 p.m.<br>Dept.:  10<br>Judge: The Honorable Susan Illston |

Defendants file this initial response to inform the Court of the status of the parties' meet and confer efforts concerning Plaintiffs' request for discovery regarding Moving Defendants'[1]

---

[1] They include Jane Jones, Curtis Briggs, Thomas Ryan, Gwen Petteway, Paul Houston, SCI Eastern Market Support Center, L.P., and SCI Houston Market Support Center, L.P.

**DEFENDANTS' RESPONSE RE PLAINTIFFS' REQUEST FOR DISCOVERY**   1
Case No.: CV 08-01184 SI and CV 08-01190 SI

motions to dismiss for lack of personal jurisdiction filed in the related cases of *William Helm, et al. v. Alderwood's Group et al.*, Case No. CV 08-1184-SI and *Claude Bryant v. Service Corporation International,* Case No. CV 08–1190–SI.

On August 21, 2008, Plaintiffs' counsel Nelson Thomas and Defendants' counsel Nicholas P. Forestiere met and conferred regarding Plaintiffs' discovery request. The Defendants strongly continue to believe that no amount of discovery will change the facts set forth in the Moving Defendants' declarations establishing that there is no personal jurisdiction as to any of them. Further, no such discovery should even be allowed as to the individually named Moving Defendants because it is clear that as corporate officers they cannot be, as a matter of law, individually liable for the corporate defendants' alleged wage and hour violations. (*Reynolds v. Bement*, 36 Cal.4th 1075 at p. 1087-88 (2005).)

Nonetheless, Plaintiffs contend otherwise and still seek discovery regarding the motions to dismiss. They have agreed to prepare a discovery proposal and send it to the Defendants for their consideration on Monday, August 25, 2008. The parties will no later than Tuesday August 26, 2008 file further responses regarding Plaintiffs' request for discovery. Defendants maintain that any discovery should be limited solely to discovering what, if any, activities the Moving Defendants conducted within the State of California. No merit discovery regarding the Plaintiffs' claims should be permitted.

Respectfully submitted.

Dated: August 22, 2008.

GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
DAVID M. DANIELS, ESQ.
Attorneys for Defendants

**DEFENDANTS' RESPONSE RE PLAINTIFFS' REQUEST FOR DISCOVERY**      2
Case No.: CV 08-01184 SI and CV 08-01190 SI