## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>8/29/08</u>

Case No.   <u>C-08-1190 and C-08-1184 SI</u>          Judge:  <u>SUSAN ILLSTON</u>

Title: <u>BRYANT</u>  -v- <u>SERVICE CORP.</u>
<u>HELM v. ALDERWOOD</u>

Attorneys:J. Nelson,  J. Thomas, N. Forestiere

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter: <u>n/a</u>

## **PROCEEDINGS**

1)  <u>Further  Case Management Conference - HELD                                    </u>

2)  <u>                                                                                              </u>

3)  <u>                                                                                              </u>

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                             PART

Case continued to **1/16/09   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **1/16/09   @ 9:00 a.m.**   for ALL MOTIONS TO DISMISS
(Motion due , Opposition  Reply )

Case continued to   **@ 3:30 p.m.** for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Motions to Stay, docket Nos. #91 and #95 shall be taken off calendar and will be re-scheduled if
necessary.

Only discovery related to personal jurisdiction shall proceed prior to the motion hearing.

Plaintiff shall have only counsel sign off on the ADR requirements.  Defendant shall have all clients
sign off on the ADR requirements.