```
 1  Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
 2  Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
 3  315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
 4  Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
 5
 6  Attorneys for Plaintiffs

 7  (Additional Counsel for Plaintiffs on the following page)

 8
 9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
```

| | |
|---|---|
| CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE CORPORATION INTERNATIONAL, et al., <br><br> Defendants. | Case Nos. C 08-1190-SI, C 08-1184-SI <br><br> **STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL** |
| WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., et al. <br><br> Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:    Rosen, Bien and Galvan, LLP

---

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL    1    Case Nos. C 08-1190-SI, C 08-1184-SI

```
 1  |                    Sanford Jay Rosen
    |                    Maria V. Morris
    |                    Lori E. Rifkin
 2  |                    315 Montgomery Street, Tenth Floor
    |                    San Francisco, CA 94104
 3  |                    (415) 433-6830
 4  | New Counsel:       Burnham Brown
    |                    Robert M. Bodzin
 5  |                    P.O. Box 119
    |                    Oakland, California 94604-0119
 6  |                    (510) 444-6800
```

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008            ROSEN, BIEN & GALVAN, LLP

                                   By: /s/
                                   Sanford Jay Rosen, State Bar No. 62566
                                   Maria V. Morris, State Bar No. 223903
                                   Lori E. Rifkin, State Bar No. 244081

                                   315 Montgomery Street, Tenth Floor
                                   San Francisco, CA 94104
                                   Telephone: (415) 433-6830

DATED: October 23, 2008            BURNHAM BROWN

                                   By: /s/
                                   Robert M. Bodzin, State Bar No. 201327
                                   P.O. Box 119
                                   Oakland, CA 94604-0119
                                   Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR    2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

1  Additional Counsel for Plaintiffs

2  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
3  Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540
   Facsimile: (585) 272-0574
6
   Charles H. Saul, PA State Bar No. 19938
7  MARGOLIS EDELSTEIN
   525 William Penn Place, Suite 3300
8  Pittsburgh, PA 15219
   Telephone: (412) 281-4256
9  Facsimile: (412) 642-2380

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP OF SUBSTITUTION OF COUNSEL FOR    4    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN    ☒005
Oct-14-08  09:19am  From-BURNHAM BROWN    +510 835 6666    T-016  P.005/006  F-164

Case 3:08-cv-01190-SI   Document 105   Filed 10/24/2008   Page 4 of 4

1 | PURSUANT TO STIPULATION
2 | IT IS SO ORDERED
3 | DATED: October ___, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT