Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

(Additional Counsel for Plaintiffs on the following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, et al.,<br><br>Defendants. | Case Nos. C 08-1190-SI, C 08-1184-SI<br><br>STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:   Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR        1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
 1                    Sanford Jay Rosen
                      Maria V. Morris
                      Lori E. Rifkin
 2                    315 Montgomery Street, Tenth Floor
                      San Francisco, CA 94104
 3                    (415) 433-6830

 4   New Counsel:     Burnham Brown
                      Robert M. Bodzin
 5                    P.O. Box 119
                      Oakland, California 94604-0119
 6                    (510) 444-6800

 7        PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON
 8   LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs
 9
10   DATED: October 23, 2008            ROSEN, BIEN & GALVAN, LLP
11
12                                      By _____
                                         Sanford Jay Rosen, State Bar No. 62566
13                                       Maria V. Morris, State Bar No. 223903
                                         Lori E. Rifkin, State Bar No. 244081
14
15                                      315 Montgomery Street, Tenth Floor
                                        San Francisco, CA 94104
16                                      Telephone: (415) 433-6830

17   DATED: October 23, 2008            BURNHAM BROWN
18
19                                      By _____
20                                       Robert M. Bodzin, State Bar No. 201327
                                         P.O. Box 119
21                                       Oakland, CA 94604-0119
                                         Telephone: (510) 444-6800
22
23
24
25
26
27
28
```

STIP OF SUBSTITUTION OF COUNSEL FOR   2   Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
| | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
| | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
| | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
| | Facsimile: (585) 272-0574 |
| 6 | |
| | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
| | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
| | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL   4   Case Nos. C 08-1190-SI, C 08-1184-SI

10/23/2008 14:06 FAX 415 433 7104  ROSEN BIEN GALVAN  ☒005
Oct-14-08  09:19am  From-BURNHAM BROWN  +510 835 6666  T-016  P.005/006  F-164

Case 3:08-cv-01190-SI Document 106  Filed 10/24/2008  Page 4 of 4

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION |
| | IT IS SO ORDERED |
| 2 | |
| 3 | DATED: October ___, 2008 |

_/s/ Susan Illston_
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT