| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| 2 | DAVID M. DANIELS, ESQ. SB# 170315<br>NICHOLAS P. FORESTIERE, SB# 125118 |
| 3 | GURNEE & DANIELS LLP<br>2240 Douglas Boulevard, Suite 150 |
| 4 | Roseville, CA  95661-3805<br>Telephone     (916) 797-3100 |
| 5 | Facsimile       (916) 797-3131 |
| 6 | Attorneys for Defendants |
| 7 | SERVICE CORPORATION INTERNATIONAL,<br>SCI FUNERAL AND CEMETERY PURCHASING |
| 8 | COOPERATIVE, INC., SCI EASTERN MARKET<br>SUPPORT CENTER, L.P. SCI WESTERN |
| 9 | MARKET SUPPORT CENTER, L.P., SCI |
| 10 | HOUSTON MARKET SUPPORT CENTER, L.P.,<br>JANE D. JONES, GWEN PETTEWAY, THOMAS |
| 11 | RYAN and CURTIS BRIGGS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>             Plaintiffs,<br>    vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>             Defendants. | CASE NO.  3:08-cv-01190  SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SCHEDULING MOTION TO COMPEL** |

Pursuant to the Joint Report of the parties and good cause appearing, the Court orders as follows:

1.  Defendants shall serve, no later than February 9, 2009, an additional supplemental response to Interrogatory No. 22 of Plaintiffs' Interrogatories to Curtis Briggs and any additional

1. supplemental response Defendants intend to provide to Interrogatory No. 22 of Plaintiffs' Interrogatories.

2. The Court will hear argument on Plaintiffs' Motion to Compel on March 20, 2009, and Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing date, Defendant's opposition shall be due not less than 21 days before the hearing date, and Plaintiffs' reply shall be due not less than 14 days before the hearing date.

3. The hearing on Defendants' Motions to Dismiss and the Further Case Management Conference shall be continued to a date to be determined by the Court at the March 20, 2009 hearing on Plaintiffs' Motion to Compel.

**IT IS SO ORDERED:**

Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SCHEDULING MOTION TO COMPEL
Case No.: 3:08-CV-01190 SI

2