1  STEVEN H. GURNEE, ESQ. SB# 66056
2  DAVID M. DANIELS, ESQ. SB# 170315
   NICHOLAS P. FORESTIERE, ESQ. SB# 125118
3  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
4  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
5  Facsimile     (916) 797-3131
6
   Attorneys for Defendants
7
8  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
9  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P. SCI WESTERN
10 MARKET SUPPORT CENTER, L.P., SCI
   HOUSTON MARKET SUPPORT CENTER, L.P.,
11 JANE D. JONES, GWEN PETTEWAY, THOMAS
   RYAN and CURTIS BRIGGS
12
13
14              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
15
16

17 | CLAUDE BRYANT, et al., on behalf of        ) CASE NO.  3:08-CV-01190 SI
   | themselves and all other employees and former )
18 | employees similarly situated,               ) [PROPOSED] ORDER CONTINUING
   |                                             ) DATE FOR CASE MANAGEMENT
19 |              Plaintiffs,                    ) CONFERENCE
   |                                             )
20 |      vs.                                    )
   |                                             )
21 | SERVICE CORPORATION                         )
   | INTERNATIONAL et al.                        )
22 |                                             )
   |                                             )
23 |              Defendants.                    )
   |                                             )
24 |                                             )
   |                                             )
25 | _____       )

26
        Pursuant to the Stipulation of counsel and good cause appearing, the July 29, 2009 date for
27
   the Case Management Conference in this matter is hereby vacated and the Case Management
28
   [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                                 1

   Case No.:  3:08-CV-01190 SI

| | |
|---|---|
| 1 | Conference is continued to Friday, September 25, 2009 at 3:00 p.m. in Department 10 of this |
| 2 | Court. |
| 3 | **IT IS SO ORDERED.** |
| 4 | |
| 5 | |
| 6 | Dated:_____ |
| 7 | Honorable Susan Illston<br>United States District Court |

[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE

2

Case No.:  3:08-CV-01190 SI