```
 1  BURNHAM BROWN
 2  Robert M. Bodzin, State Bar No. 201327
 3  P.O. box 119
 4  Oakland, CA 94604
 5  Telephone: (510) 835-6833
 6  Facsimile: (510) 835-6666
 7  rbodzin@BurnhamBrown.com
 8
 9  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., ) | Case No. C 08-01190 |
| ) | |
| Plaintiffs, ) | **[PROPOSED] ORDER** |
| ) | **GRANTING APPLICATION FOR** |
| ) | **ADMISSION OF ATTORNEY** |
| v. ) | **LIBERTY J. WEYANDT** |
| ) | ***PRO HAC VICE*** |
| SERVICE CORPORATION ) | |
| INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. | |

Liberty J. Weyandt, an active member in good standing of the Bar of the Commonwealth of

Pennsylvania and the Bar of New Jersey, U.S. Court of Appeals for the Third Circuit and U.S.

District Court of Western Pennsylvania and, whose business address and telephone number is:

MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
lweyandt@margolisedelstein.com

having applied in the above-entitled action for admission to practice in the Northern District

1  of California on a *pro hac vice* basis, representing Plaintiffs.

3  IT IS HEREBY ORDERED that the application is granted, subject to the terms and

5  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*

7  *hac vice*. Service of papers upon and communication with co-counsel designated in the application

9  will constitute notice to the party. All future filings in this action are subject to the requirements

11 contained in General Order, No. 45, *Electronic Case Filing*.

14 DATED: _____

15                                          Honorable Susan Illston
16                                          United States District Judge