1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 CLAUDE BRYANT, et al., on behalf of     )   **CASE NO. 3:08-CV-01190 SI**
   themselves and all other employees and former )
12 employees similarly situated,           )
                                           )
13            Plaintiffs,                  )   **[PROPOSED] ORDER CONTINUING**
                                           )   **HEARING ON RULE 23**
14       vs.                               )   **CERTIFICATION MOTION**
                                           )
15 SERVICE CORPORATION                     )
   INTERNATIONAL et al.                    )
16                                         )
                                           )
17            Defendants.                  )
                                           )
18                                         )
                                           )
19 _____ )

20       Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

21 as follows:

22      1.   The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 199)

23 shall be continued to **February 25, 2010 at 4:00 p.m.**; and further,

24      2.   Defendants' opposition shall be filed and served no later than **January 22, 2010**;

25 plaintiffs' reply, if any, shall be filed and served no later than **February 8, 2010**.

26

27

28
   [PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
                                     1
   Case No.:  3:08-CV-01190 SI

**IT IS SO ORDERED:**

*[signature: Susan Illston]*

Honorable Susan Illston
United States District Court

**AGREED TO:**

By: /s/ J. Nelson Thomas
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendants

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
2
Case No.: 3:08-CV-01190 SI