BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SERVICE CORPORATION INTERNATIONAL et al. <br><br> Defendants. | **CASE NO.  3:08-CV-01190 SI** <br><br> **[PROPOSED] ORDER WITHDRAWING AFFIRMATION OF CRAIG FULCHER** |

      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders that the affirmation of Craig Fulcher, filed as Exhibit 20 to Docket No. 200 in support of Plaintiffs' Motion to Certify Class, is hereby withdrawn.

[PROPOSED] ORDER WITHDRAWING AFFIRMATION OF CRAIG FULCHER
1

Case No.:  3:08-CV-01190 SI

**IT IS SO ORDERED:**

*[signature: Susan Illston]*
_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

By: /s/ Annette Gifford
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY  14607
    Telephone:  585-272-0540
    Facsimile:  585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone:  412-281-4256
    Facsimile:  412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone:  916-797-3100
    Facsimile:  916-797-3131

    Counsel for Defendants

[PROPOSED] ORDER WITHDRAWING AFFIRMATION OF CRAIG FULCHER
2
Case No.:  3:08-CV-01190 SI