BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>　　　　　Defendants. | CASE NO.  3:08-CV-01190 SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PROTECTIVE ORDER AND SANCTIONS AND STATUS CONFERENCE** |

　　　Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

　　　1.　　The hearing date for Plaintiffs' Motion for Protective Order and Sanctions (Docket No. 249) shall be continued to **April 30, 2010 at 9:00 a.m.** and the status conference shall be continued to the same date at ~~3:00 p.m.~~   9:00 A.M.

[PROPOSED] ORDER CONTINUING HEARING AND STATUS CONFERENCE
1

Case No.:  3:08-CV-01190 SI

**IT IS SO ORDERED:**

                                     _____
                                     Honorable Susan Illston
                                     United States District Court

**AGREED TO:**

By: /s/ Annette Gifford                    By: /s/ Lonnie J. Williams
    J. Nelson Thomas (*pro hac vice*)             Lonnie J. Williams, Jr. (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)          QUARLES & BRADY LLP
    Annette Gifford (*pro hac vice*)              One Renaissance Square
    THOMAS & SOLOMON LLP                Two North Central Avenue
    693 East Avenue                          Phoenix, AZ 85004
    Rochester, NY 14607                   Telephone: 602-229-5200
    Telephone: 585-272-0540              Facsimile: 602-229-5690
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327     Nicholas P. Forestiere
    BURNHAM BROWN                     John A. Mason
    P.O. Box 119                              GURNEE & DANIELS LLP
    Oakland, CA 94604                      2240 Douglas Blvd, Suite 150
    Telephone: (510) 835-6833             Roseville, CA 95648
    Facsimile: (510) 835-6666               Telephone: 916-797-3100
                                               Facsimile: 916-797-3131
    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice*)          Counsel for Defendants
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

[PROPOSED] ORDER CONTINUING HEARING AND STATUS CONFERENCE
                                                    2

Case No.: 3:08-CV-01190 SI