.
BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>　　　　　Defendants. | CASE NO.  3:08-CV-01190 SI<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PROTECTIVE ORDER AND SANCTIONS AND STATUS CONFERENCE |

   Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

   1.   The hearing date for Plaintiffs' Motion for Protective Order and Sanctions (Docket No. 249) shall be continued to **April 30, 2010 at 9:00 a.m.** and the status conference shall be continued to the same date at ~~3:00 p.m.~~   9:00 A.M.

[PROPOSED] ORDER CONTINUING HEARING AND STATUS CONFERENCE
1

Case No.:  3:08-CV-01190 SI

IT IS SO ORDERED:

*[signature: Susan Illston]*

_____
Honorable Susan Illston
United States District Court

AGREED TO:

By: /s/ Annette Gifford
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY  14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ Lonnie J. Williams
    Lonnie J. Williams, Jr. (*pro hac vice*)
    QUARLES & BRADY LLP
    One Renaissance Square
    Two North Central Avenue
    Phoenix, AZ 85004
    Telephone: 602-229-5200
    Facsimile: 602-229-5690

    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendants

[PROPOSED] ORDER CONTINUING HEARING AND STATUS CONFERENCE

2

Case No.: 3:08-CV-01190 SI