**United States District Court**
For the Northern District of California

1

2

3

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    CLAUDE BRYANT, et al.,                                 No. C 08-01190 SI

7              Plaintiffs,                            **ORDER RE: PLAINTIFFS' DISCOVERY
                                                       REQUEST**
        v.
8
     SERVICE CORPORATION                                   **(Docket No. 285)**
9    INTERNATIONAL, et al.,

10             Defendants.
                                                    /
11

12        Plaintiffs seek a discovery order directing SCI to produce documents and information pertaining

13   to "lump sum" payments (including flat rate, piece rate, and "special pay task" payments) which

14   plaintiffs contend SCI hourly employees received for certain types of work in lieu of hourly wages.

15   Plaintiffs seek documents reflecting the identities of all employees who received these payments, the

16   identities of all employees who recorded time in connection with these payments, and the manner in

17   which they recorded such time.  Plaintiffs assert that this evidence is relevant to defining the scope of

18   the class with respect to their claim that SCI failed to compensate employees for all hours worked.

19        SCI responds that plaintiffs have received detailed payroll information for all named plaintiffs

20   in response to Document Request No. 42, and that this information is sufficiently representative for

21   certification purposes.  The Court agrees.  Plaintiffs have raised a serious question with respect to the

22   compensability of on-call time.  For certification purposes, however, the Court does not believe that

23   plaintiffs require payroll information for all SCI employees throughout the nation. Plaintiffs' discovery

24   motion is therefore DENIED.

25

26        **IT IS SO ORDERED.**

27   Dated: June 2, 2010

                                                    _____
28                                                  SUSAN ILLSTON
                                                    United States District Judge