IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., | No. C 08-01190 SI |
| Plaintiffs, | **ORDER RE: PLAINTIFFS' REQUEST TO COMPEL DEPOSITION** |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, et al., | **(Docket No. 286)** |
| Defendants. | |

Plaintiff seek an order compelling SCI to produce Jane Jones, an SCI Vice President and a named defendant, for deposition prior to June 4, 2010. Plaintiffs first sent the deposition notice on May 18. SCI offered a number of reasonable suggestions, including dividing the deposition between June 2 and 3 in order to allow plaintiffs' counsel to attend the case management conference with this Court in San Francisco on June 4; having one of plaintiffs' attorneys attend the case management conference and another attorney depose Ms. Jones on June 4; and making Ms. Jones available on June 10. Plaintiffs rejected all of these proposals, and now assert that they "need to complete their depositions prior to June 4, 2010" in order to prepare for their class certification motion.

Plaintiffs' position is unreasonable. SCI offered to make Ms. Jones available prior to June 4 and alternatively on June 4 itself, but plaintiffs rejected both of these proposals. If plaintiffs wish to depose Ms. Jones prior to the date their certification motion is due, they must work with defense counsel to find a mutually agreeable date without the Court's intervention. The motion to compel is DENIED.

**IT IS SO ORDERED.**

Dated: June 2, 2010

SUSAN ILLSTON
United States District Judge