IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., | No. C 08-01190 SI |
|     Plaintiffs, | **ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
|     v. | |
| SERVICE CORPORATION INTERNATIONAL, et al., | |
|     Defendants. / | |

    Plaintiffs' motion for class certification was filed on June 18, 2010. In accordance with the schedule agreed upon at the June 4, 2010, defendants' opposition to the motion is due to be filed on July 2, and the motion is scheduled for oral argument on July 30. Defendants have filed a request to continue the hearing date on plaintiffs' motion to October 1 and to extend the briefing schedule accordingly. Defendants assert that they require additional time to prepare an adequate response to plaintiffs' extremely voluminous filing and to conduct additional discovery on claims raised in plaintiff's motion that were not included in the most recent version of the complaint.

    In view of the defendants' representation that they are unable to prepare an opposition by June 25, the Court will grant a short extension of the briefing and hearing schedule. To the extent plaintiffs have raised claims in their certification motion that were not included in their complaint, defendants may argue this point in their opposition and/or make a motion to strike.

    The briefing and hearing schedule on plaintiffs' motion for class certification is hereby continued as follows:

| | | |
|---|---|---|
| Defendants' Opposition: | July 23, 2010 |
| Plaintiffs' Reply: | July 30, 2010 |
| Hearing: | August 13, 2010 |

**IT IS SO ORDERED.**

Dated: June 24, 2010

_____
SUSAN ILLSTON
United States District Judge