1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@burnhambrown.com

5  [Additional Counsel Listed on Following Page]

6
   Attorneys for Plaintiffs
7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO/OAKLAND DIVISION
10

11 | CLAUDE BRYANT, JOSEPH BIERNACKI,           ) | **Case No. CV 08-1190-SI**
   | GORDON FARMER, RHEALYN HOLLAND,            ) |
12 | JAMES STICKLE, ELEANOR RIGGIO, FRANK       ) | **[PROPOSED] ORDER CONTINUING**
   | ACUNA, RICHARD LAMASTERS, KENNETH          ) | **CASE MANAGEMENT CONFERENCE**
13 | ALLEN, CRAIG FULCHER, SANFORD              ) |
   | LEVINE and THOMAS THOMPSON, on behalf      ) |
14 | of themselves and all other employees and former ) |
   | employees similarly situated,              ) |
15 |                                            ) |
   |                Plaintiffs,                 ) |
16 |                                            ) |
   | v.                                         ) |
17 |                                            ) |
   | SERVICE CORPORATION INTERNATIONAL,         ) |
18 | SCI FUNERAL AND CEMETERY                   ) |
   | PURCHASING COOPERATIVE, INC., SCI          ) |
19 | WESTERN MARKET SUPPORT CENTER, L.P.        ) |
   | a/k/a SCI WESTERN MARKET SUPPORT           ) |
20 | CENTER, INC., JANE D. JONES, GWEN          ) |
   | PETTEWAY, THOMAS RYAN, and CURTIS          ) |
21 | BRIGGS,                                    ) |
   |                                            ) |
22 |                Defendants.                 ) |
   |                                            ) |
23 |                                            ) |
   |_____) |
24

25

26

27

28

-1-
[PROPOSED] ORDER CONTINUING  CASE MANAGEMENT CONFERENCE

CASE NO.: CV 08-01190 SI

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The date for the further Case Management Conference, previously set for October 1, 2010 is continued to **December 16, 2010 at 3:00 p.m.**

**IT IS SO ORDERED.**

Dated: _____    _____
                              Honorable Susan Illston
                              United States District Court