1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@burnhambrown.com

5  [Additional Counsel Listed on Following Page]

6
   Attorneys for Plaintiffs
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                   SAN FRANCISCO/OAKLAND DIVISION
10

11 | CLAUDE BRYANT, JOSEPH BIERNACKI,           )   **Case No. CV 08-1190-SI**
   | GORDON FARMER, RHEALYN HOLLAND,            )
12 | JAMES STICKLE, ELEANOR RIGGIO, FRANK       )   **[PROPOSED] ORDER CONTINUING**
   | ACUNA, RICHARD LAMASTERS, KENNETH          )   **CASE MANAGEMENT CONFERENCE**
13 | ALLEN, CRAIG FULCHER, SANFORD              )
   | LEVINE and THOMAS THOMPSON, on behalf      )
14 | of themselves and all other employees and former )
   | employees similarly situated,              )
15 |                                            )
   |              Plaintiffs,                   )
16 |                                            )
   | v.                                         )
17 |                                            )
   | SERVICE CORPORATION INTERNATIONAL,         )
18 | SCI FUNERAL AND CEMETERY                   )
   | PURCHASING COOPERATIVE, INC., SCI          )
19 | WESTERN MARKET SUPPORT CENTER, L.P.        )
   | a/k/a SCI WESTERN MARKET SUPPORT           )
20 | CENTER, INC., JANE D. JONES, GWEN          )
   | PETTEWAY, THOMAS RYAN, and CURTIS          )
21 | BRIGGS,                                    )
   |                                            )
22 |              Defendants.                   )
   |                                            )
23 |                                            )
   |                                            )
24

25

26

27

28
                               -1-
   [PROPOSED] ORDER CONTINUING  CASE MANAGEMENT CONFERENCE
   CASE NO.: CV 08-01190 SI

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The date for the further Case Management Conference, previously set for December 16, 2010 is continued to **February 18, 2011 at 3:00 p.m.**

**IT IS SO ORDERED.**

Dated: _____       _____
                               Honorable Susan Illston
                               United States District Court