BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>    Defendants. | **CASE NO.  3:08-CV-01190 SI**<br><br>**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE** |

        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

as follows:

        1.      Plaintiffs and Defendants shall attend the Case Management Conference set for

**February 18, 2011 at 3:00 p.m** by telephonic appearance.

**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE**                                        1

Case No.:  3:08-CV-01190 SI

**IT IS SO ORDERED:**

2/11/11

_____

Honorable Susan Illston
United States District Court

**AGREED TO:**

By: /s/ Sarah Cressman
     J. Nelson Thomas (*pro hac vice*)
     Patrick J. Solomon (*pro hac vice*)
     Annette Gifford (*pro hac vice*)
     Sarah Cressman (*pro hac vice*)
     THOMAS & SOLOMON LLP
     693 East Avenue
     Rochester, NY  14607
     Telephone:  585-272-0540
     Facsimile:  585-272-0574

     Robert M. Bodzin, State Bar No. 201327
     BURNHAM BROWN
     P.O. Box 119
     Oakland, CA 94604
     Telephone: (510) 835-6833
     Facsimile:  (510) 835-6666

     Charles H. Saul (*pro hac vice*)
     Liberty J. Weyandt (*pro hac vice pending*)
     Kyle T. McGee (*pro hac vice*)
     MARGOLIS EDELSTEIN
     525 William Penn Place
     Suite 3300
     Pittsburgh, PA 15219
     Telephone:  412-281-4256
     Facsimile:  412-642-2380

     Counsel for Plaintiffs

By:  /s/ John A. Mason
     Steven H. Gurnee
     David M. Daniels
     John A. Mason
     GURNEE & DANIELS LLP
     2240 Douglas Blvd, Suite 150
     Roseville, CA 95648
     Telephone:  916-797-3100
     Facsimile:  916-797-3131

     Counsel for Defendants

**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
MANAGEMENT CONFERENCE**        2

Case No.:  3:08-CV-01190 SI