BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>Defendants. | CASE NO.  3:08-CV-01190 SI<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.   The motion hearing date for Defendants' Motion to Sever and Dismiss Misjoined Plaintiffs Pursuant to FRCP 21 and Plaintiffs' Motion to Compel Arbitration  shall be continued to **July 15, 2011 at 9:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING DATE
     1

Case No.:  3:08-CV-01190 SI

IT IS SO ORDERED:

6/3/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

By: /s/ J. Nelson Thomas
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ Nicholas P. Forestiere
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendants

[PROPOSED] ORDER CONTINUING HEARING DATE
    2

Case No.: 3:08-CV-01190 SI