IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, *et al.*, | No. C 08-01190 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, *et al.*, | |
| Defendants. | |

In accordance with the Court's Order of July 12, 2011, judgment is hereby entered.

**IT IS SO ADJUDGED.**

Dated: July 14, 2011

SUSAN ILLSTON
United States District Judge