BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>  Plaintiffs,<br>   vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>  Defendants. | CASE NO.  3:08-CV-01190 SI<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE |

   Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

   1.   The motion hearing date for Defendants' Motion to Alter or Amend Judgment Pursuant to FRCP 59(e) shall be continued to **September 22, 2011 at 9:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING DATE
   1

Case No.:  3:08-CV-01190 SI

**IT IS SO ORDERED:**

8/25/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

By: /s/ Sarah Cressman                    By: /s/ John A. Mason
    J. Nelson Thomas (*pro hac vice*)         Steven H. Gurnee
    Annette Gifford (*pro hac vice*)          Nicholas P. Forestiere
    Sarah Cressman (*pro hac vice*)           John A. Mason
    THOMAS & SOLOMON LLP                       GURNEE & DANIELS LLP
    693 East Avenue                            2240 Douglas Blvd, Suite 150
    Rochester, NY  14607                       Roseville, CA 95648
    Telephone:  585-272-0540                   Telephone:  916-797-3100
    Facsimile:  585-272-0574                   Facsimile:  916-797-3131

    Robert M. Bodzin, State Bar No. 201327     Counsel for Defendants
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone:  412-281-4256
    Facsimile:  412-642-2380

    Counsel for Plaintiffs

[PROPOSED] ORDER CONTINUING HEARING DATE
    2
Case No.:  3:08-CV-01190 SI