IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, *et al.*<br><br>Defendants._____/ | No. C 08-01190 SI<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL ARBITRATION** |

In light of the Ninth Circuit's decision in this matter, the Court GRANTS the motion by plaintiffs Joseph Biernacki, Gordon Farmer, and Rhealyn Holland to compel arbitration of their claims.

**IT IS SO ORDERED.**

Dated: October 2, 2013

SUSAN ILLSTON
United States District Judge