IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, *et al.* | No. C 08-01190 SI |
| Plaintiffs, | **ORDER DISMISSING PLAINTIFFS** |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, *et al.* | |
| Defendants. | |

In light of the Ninth Circuit's decision in this matter, on October 2, 2013, the Court granted the motion by plaintiffs Joseph Biernacki, Gordon Farmer, and Rhealyn Holland to compel arbitration of their claims. Docket No. 420. Accordingly, the Court DISMISSES plaintiffs Joseph Biernacki, Gordon Farmer, and Rhealyn Holland WITHOUT PREJUDICE to pursuing their claims in arbitration. The Court GRANTS plaintiff Claude Bryant's unopposed request for dismissal with prejudice, and DISMISSES plaintiff Claude Bryant WITH PREJUDICE. Docket No. 373.

**IT IS SO ORDERED.**

Dated: November 27, 2013

SUSAN ILLSTON
United States District Judge