IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, *et al*. | No. C 08-01190 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, *et al*. | |
| Defendants. / | |

The Court has dismissed the claims of plaintiffs Joseph Biernacki, Gordon Farmer, and Rhealyn Holland without prejudice to them pursuing their claims in arbitration. The Court has dismissed the claims of plaintiff Claude Bryant with prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 27, 2013

SUSAN ILLSTON
United States District Judge